IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ANDREA MANRIQUE YARURO, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:22-cv-39 (WLS) |
| | : | |
| UNITED STATE OF AMERICA, *et al.,* | : | |
| | : | |
|     Defendants. | : | |
| | : | |

**ORDER**

Presently before the Court is Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs (Long Form)" that was incorrectly filed on the docket as a Motion for Leave to Appeal *in forma pauperis* ("IFP"). (Doc. 2.) Therein, Plaintiff requests leave to proceed in the above captioned civil action without prepayment of the normally required fees. (Doc. 2.)

Pursuant to 28 U.S.C. § 1915, the Court may, upon a finding of indigency, authorize the commencement of an action without requiring the prepayment of fees or security. 28 U.S.C. § 1915(a)(1). Whether to grant a motion to proceed IFP is discretionary. *Pace v. Evans*, 709 F.2d 1428, 1429 (11th Cir. 1983). When considering a motion filed under section 1915(a) "[t]he only determination to be made by the court … is whether the statements in the affidavit satisfy the requirement of poverty." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (quoting *Watson v. Ault*, 525 F.2d 886, 891 (11th Cir. 1976).

In Plaintiff's Application to Proceed IFP, Plaintiff avers that she and her spouse have a combined monthly income of $3,475. (Doc. 2 at 2.) Plaintiff further avers that she and her spouse have $4,200 in cash. (*Id.*) Plaintiff also avers that she and her spouse have monthly

expenses in the amount of $5,020. (*Id.*, at 5.) Accordingly, this Court finds that Plaintiff can pay the fees and costs associated with this action and Plaintiff's Motion for Leave to Proceed IFP (Doc. 22) is **DENIED**.[1] If Plaintiff wishes to proceed with her cause of action, Plaintiff will be required to pay the full filing fee.

      **SO ORDERED**, this 25th day of April 2022.

                                      /s/ W. Louis Sands
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**

---

[1] The Court notes for the purposes of the record that Plaintiff has sufficient cash ($4,200) to pay the filing costs associated with this action.