AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| Andrea Manrique Yaruro | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:22-CV-39 |
| United States Of America, U.S. Immigration And Customs Enforcement, Lasalle Southeast, Llc; David Paulk, Howard Mcmahan, Amber Hughes, "FNU" Battle, Unnamed ICDC Officers ##1-5, "FNU" Watson, "FNU" Chappelle | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   "First Name Unknown" Battle
Irwin County Detention Center
132 Cotton Dr
Ocilla, GA 31774

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shirley Zambrano
Zambrano & Ruiz, LLC
1995 N Park Pl SE Suite 240,
Atlanta, GA 30339

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 5/5/2022

*CLERK OF COURT*

s/S.B. DeCesare

*Signature of Clerk or Deputy Clerk*