# LaSalle

# Corrections

# Southeast

# Inmate/Detainee

# Handbook

EXHIBIT
A-1

**LASALLE CORRECTIONS SOUTHEAST**
**INMATE/DETAINEE HANDBOOK**

*TABLE OF CONTENTS*

| CONTENTS | PAGE NUMBER |
|---|---|
| Table of Contents | 1 |
| Lists of Officials | 2 |
| Introduction/Mission | 2 |
| Purpose | 2 |
| Access to Telephone | 4-5 |
| Alien File (ICE Detainees) | 5 |
| Attorney Visits | 5 |
| Barber Service | 5 |
| Basic Inmate/Detainee Responsibilities | 5-6 |
| Classification | 6-7 |
| Clothing | 7-8 |
| Commissary Procedures | 8 |
| Contraband | 8-9 |
| Correspondence (Mail) | 9-10 |
| Detention/Classification File | 10 |
| Dress Code | 10 |
| Evacuation Drills | 10 |
| Grievance Procedures | 11-12 |
| Group Legal Presentations for ICE Detainees | 12 |
| Initial Admission | 12-14 |
| Inmate/Detainees Rights and Responsibilities | 14-15 |
| Inmate/Detainee Disciplinary and Due Process | 15-24 |
| Inspection of Person and Property | 24 |
| Laundry Schedule | 24-25 |
| Law Library | 25 |
| Library | 25-26 |
| Living Conditions | 26 |
| Mailing Address | 26 |
| Meals | 27 |
| Medical Care | 27 |
| Offense Categories | 27-32 |
| Official Count | 32 |
| Personal Hygiene | 32 |
| Recreation | 32-33 |
| Religious Services | 33 |
| Personal Property | 33-34 |
| Sexual Abuse/Assault Prevention & Intervention Program | 34-35 |
| Sick Call | 35 |
| Sleeping Area/Sanitation | 35 |
| Smoking Policy | 35 |
| Staff-Inmate/Detainee Communication | 35-36 |
| Unauthorized Property | 36 |
| Tablets/Video Visitation | 36-37 |
| Vending Machines or Commissary | 37 |
| Visitation | 37-38 |
| Visitation Rules | 38-39 |
| Voluntary Work Program | 39 |
| | |
| | |
| | |
| | |

## OFFICIALS AT THE LASALLE CORRECTIONS SOUTHEAST

The official and approved method of submitting a request to an official is by using the REQUEST TO OFFCIAL form. The form must contain specific information, assistance desired, or the actual problem. **Foul language or cursing will not be written on these request.** A detainee may obtain assistance from another detainee or staff member in preparing a request form. This procedure is not to be used for submitting formal grievances.

| | |
|---|---|
| Warden | Mr. Paulk |
| Deputy Warden | Mr. Albright |
| Major | Major Battle |
| Captain | Captain Richardson |
| Inmate/Detainee Services Administrator | Ms. George |
| Food Service Manager | Ms. Williams |
| Classification Case manager | Ms. Rosado/Ms. Burgess/Ms. Jones |
| Medical Director | Ms. Cole |
| Maintenance Supervisor | Mr. McCranie |
| Intake/Transportation | Ms. Holden / Mr. Tyson |
| Laundry Officer | Ms. Austin / Ms. Chatfield |
| Mailroom Officer | Ms. Moore/Ms. Richey |
| Business/Finance | Ms. Royals |
| Property Officer | Ms. Holden |
| **ROUTING LIST FOR "REQUEST TO OFFICIAL" FORMS** | |
| Programs and Activities | Deputy Warden |
| Disciplinary Issues | Major/ Captain |
| Threats Against Safety | Major/Captain/Shift Supervisor/OR.Sgt |
| Property/Issue | Property Officer |
| Necessities/Laundry | Laundry Manager |
| Mail | Mail Coordinator |
| Legal Issues | Law Librarian |
| Commissary | Commissary Manager |
| Problems with Staff | Warden |
| Emergency Phone Calls | Case Manager |
| Regular Phone Calls | Captain |
| Housing & Jobs | Case Manager |
| Visitation Information | Case Manager |
| Classification Decisions and Reviews | Case Manger |
| Grievance | Inmate/Detainee Services Administrator |
| Inmate/Detainee Trust Fund | Business Manager |
| Religious Activities | Case Manager |

## INTRODUCTION/MISSION

The Mission of the LaSalle Corrections Southeast in Ocilla, Georgia is to provide a facility that is safe, secure and sanitary for inmates and detainees.

## PURPOSE

The purpose of this handbook is to explain the specific rules, regulations, policies and procedures that must be followed while in custody at this facility. The handbook will also help provide you with a general overview of the

programs, rules, regulations and services of the facility. You will be held accountable for your actions while in custody at this facility. Therefore, it is each inmate/detainee's responsibility to become familiar with the contents of this handbook.

A copy of this handbook will be issued to each inmate/detainee upon intake and certain sections are posted on the wall in each housing unit and other bulletin boards throughout the facility. All inmate/detainees are required to acknowledge, by signature, receipt of the handbook.

## ACCESS TO TELEPHONE

Telephones are provided in all dormitories and housing areas for your use. Access to TTY devices is available to all inmates/detainees.

When telephone demand is high you are expected to limit your phone calls to 15 minutes to permit others the same telephone privileges. The telephones are available for your use between the hours of 5:00 a.m. through 11:00 p.m. Telephone usage is not permitted during count. In case of an emergency, such as illness or death in your family; your unit housing officer can assist you in making telephone calls when access to telephones would not normally be available. Routine telephone calls to Attorneys are not considered to be emergencies. All calls must be made collect or through the purchasing of a Calling Card from Commissary. **All telephones are automatically shut off at 11:00PM Sunday thru Thursday and 1:00AM Friday and Saturday.** **All Phone calls may be monitored.**

### Unmonitored Phone Calls and Virtual Meetings

Unmonitored calls may be made to attorneys one of three ways:
1. Attorneys wishing to make an appointment must contact the law library clerk with a 24 hour notice of the appointment. If they do not reach the Law Library Clerk they simply need to leave the following information on the answering machine.
   - Attorney's Full Name
   - Attorney's Contact Information which includes all phone numbers and email address.
   - Name and ID # of the client

   The Law Library Clerk will contact the attorney or the point of contact and schedule a private call at a time that's convenient for the attorney and the law library clerk.

2. ICE Detainees Only: Attorneys and reedited representatives may request virtual meetings with their clients 24 hours prior to the requested meeting time by email at Irwinice@irwincdc.com. They will be need to include the following information in their email:
   - Attorney's Full Name
   - Attorney's Contact Information which includes all phone numbers and email address.
   - Name and ID # of the client.

   The Law Library Clerk will contact the attorney or the point of contact and schedule a virtual meeting at a time that's convenient for the attorney and the law library clerk.

   Visits will be scheduled for 60 minutes and will automatically terminate.

   The legal representatives will be required to show appropriate identification, such as bar card from any state or other available documentation demonstrating bar membership, as is required for in-person visits. Additionally, attorneys will be required to provide government issued identification.

3. Unmonitored legal phone calls can be made through the Inmate/Detainee phone system. *Only the Legal Representative can set up the account.* The attorney of record can set up an account through the phone company by emailing a request on their letterhead to gasupport@solutionsgroup.com. The Legal Representative should include the facility ID# 24027 on the request.

ICE Detainees Only who are indigent may request a call to immediate family or others in personal or family emergencies or for a compelling need.

## ALIEN FILE (For ICE Detainees)

An Immigration legal record commonly called an "A" file will be maintained by the ICE Deportation Department for each individual. This "A" file contains your legal transactions and documentation pertaining to your case; including but not limited to identification cards, photos, passports and immigration history.

## ATTORNEY VISITS

Legal representatives or paralegals may visit inmates/detainees seven (7) days a week generally between the hours of 8:00 a.m. thru 5:00 p.m. If necessary, you will be given the option to meet with your legal representative during meal hours and you will be provided with a menu tray or sack meal. Appointment cancellations will not be accomplished on your behalf by, or through, an officer or another inmate/detainee.

## BARBERING SERVICE

Free barbering services will be available Monday thru Friday between the hours of 07:30 pm to 4:30 pm. for dorms. Arrangements will be made to see that all Detail Workers will have the opportunity to receive barbering services during the Monday thru Friday schedule. The Barbershop Schedules are posted on the wall in each housing unit. For sanitary reasons, the cutting of hair in the dormitory is strictly prohibited. It is also prohibited to cut hair or possess hair clippings, either your own or others. The shift supervisor on duty is to ensure that detainees are afforded the opportunity to receive a haircut. Detainees with court appearances are afforded hair- cuts the night before their court appearance. Barber hours are subject to change and schedule will be posted in the housing units.

Barbers or beauticians do not provide service to any detainee when the skin of the detainee's face, neck or scalp is inflamed, or when there is scaling, pus or other skin eruptions, unless service of such detainee is performed in accordance with the specific authorization of the chief medical officer. No person who is infested with head lice shall be served.

## BASIC INMATE/DETAINEE RESPONSIBILITIES

It is the policy of the LaSalle Corrections Southeast to treat inmates/detainees with dignity and respect while maintaining a safe, secure and sanitary detention facility. It is expected that staff will receive your full cooperation while you are waiting the processing of your case. In the simplest terms, you are expected to:

1. Follow and obey rules, laws, policies and procedures.
2. Obey all orders as given by staff members.
3. Respect staff and other inmate/detainees at all times.
4. Respect facility property and the property of others.
5. Keep yourself, your clothing, and living area clean at all times.
6. Obey all safety, security and sanitation rules, policies and procedures.

If you observe and comply with the above guidelines, you should have no problems while living at this facility. When addressing staff, you should not refer to them by first name, or nickname created by others. Refer to uniformed staff by their

rank and last name (i.e., Officer Cohen, Lt Shaver, etc).

Refer to non-uniformed staff by title and last name (i.e., Dr. Jones, Nurse Clark) or by Mr., Mrs. or Ms., followed by their last name. Staff members will address you in the same manner if they know your name. It is unreasonable to expect the officer to know all inmate/detainees within the facility by name. However, the officer or staff member will address you in an appropriate manner.

## **CLASSIFICATION**

All inmate/detainees are classified upon arrival, before being admitted into the general population. The Classification system will ensure that you are placed in the appropriate category and physically separated from inmate/detainees in other categories.

You will be housed, recreated and fed according to your classification.

Inmate/Detainees will be interviewed by the classification committee. The Classification Committee will determine your

custody level based on your total record and institutional conduct. Inmate/Detainees may appeal their designated classification status by filing a grievance.

Classification for ICE Detainees:

Low Custody (ICE detainees ONLY)

    a.     May not co-mingle with medium high or high custody inmates/detainees

    b.     May not include any detainee with a felony conviction that included an act of physical violence.

    c.     May not include detainee with an aggravated felony conviction.

    d.     May include detainees with minor criminal records and nonviolent felonies.

Medium Custody (ICE detainees ONLY)

    **a.**     May not include any detainee whose most recent conviction was for any offense listed under the "Highest" section of the severity offense guidelines.

    **b.**     May not include any detainee with a pattern or history of violent assaults, whether convicted or not. A pattern is considered established for purposes of this guideline when an arrest record reveals two or more arrests in a 5 year period for assault where force was used against another person with the intent to commit bodily injury.

    **c.**     May not include any detainee convicted for assault on a correctional officer while in custody or where a person's institutional record suggests a pattern of assaults while in custody.

High (ICE detainees ONLY)

    **a.**     May include those detainees reclassified from level one and level two due to institutional incidents or

change in classification information.

**b.** May be reclassified to Level two only based on institutional behavior provided 2a through 2c above do not apply (detainee must be in custody a minimum of 60 days before reclassification) Level 3 inmates/detainees are considered a high risk category requiring medium to maximum security housing. Level 3 detainees are always monitored and escorted.

Appeals: (ICE detainees ONLY)

**1.** All new arrivals classified as Level 2 or Level 3 may appeal the classification using the Grievance System.  All such appeals will be directed to investigated and reconsidered by the reviewing officers, who will forward a recommendation to the Chief of Security (Captain).

**2.** The Warden has the authority to value a classification level on appeal.

**3.** Appeals will be released within 5 business days with notification of the outcome delivered to the detainee within 10 business days. The notification will include the date and time of review, reason(s) for deciding to grant or deny the appeal, and note the detainee's right to appeal the Warden's decision

to the ICE field office. The ICE field office will notify the detainee of his / her decision within 10 business days.

HOUSING CLASSIFICATION (ICE Detainees ONLY)

1. High custody detainees may not be housed with low custody detainees.

2. Low custody detainees and medium –low custody detainees may be housed together, and medium high custody detainees and high custody detainees may be housed together:

3. Medium-low custody detainees are those with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.

4. Medium-high custody detainees are those with a history of violent or assaultive charges, convictions, institutional misconduct, or those with a gang affiliation.

## **CLOTHING**

The basic uniform for inmates/detainees will be distinctive in appearance as to identify the inmate/detainee. At LaSalle Corrections Southeast, male ICE detainees wear orange jumpsuits, kitchen detail workers (male and female) wear white jumpsuits, and female ICE detainees wear navy blue jumpsuits.  Kitchen detail workers are the only detail workers that wear different color uniforms.  All other detail workers (dorm orderlies, sanitation workers, etc.) wear the regular uniform based on their gender.

General population inmates/detainees in all living areas:

A. All issued clothing will be worn as specified in the following instructions and in no other manner. These requirements are essential to ensure compliance of security, hygiene, and conduct within the realm of

property for all people.

B. Clothing must be clean and not torn when being worn in addition:

1. Undergarments may be worn without wearing your uniform only while inside your bed or the restrooms.

2. Socks will be worn with issued footwear outside of the housing area.

3. Shoes will be worn at all times when outside the housing unit

4. Hats or other head cover will not be authorized for the general population. Religious headgear will be approved by the Deputy Warden.

5. Inmates/Detainees will wear a complete uniform (jump suit and shoes) at all times while in the dining hall, medical department, court, during religious services and all visitations.

6. Jumpsuits will be worn loose enough so that the crease of the buttocks is prevented from showing.

7. Inmates/Detainees are not to walk about the facility with their hands inside waistband of jump suits Instead, inmates/detainees will walk with their hands behind their back.

8. No article of clothing will be worn in a manner not normally intended for that item (using a shirt as a head band or head cover, etc.).

## COMMISSARY PROCEDURES

A. Inmates/Detainees will have an opportunity to purchase commissary items at a minimum of one time per week. All inmate/detainees not in the housing unit (attending any program, medical, library, court or visitation, etc.) when commissary is called will need to wait until the next business day.

B. Inmates/Detainees may only purchase commissary for their own use or consumption. Limits may be placed on quantity of items to ensure widest possible accessibility.

C. Commissary days and order form pick up time will be posted in each dorm. Do not ask the housing officer to bring late orders to the commissary - they will not be accepted.

D. Inmate/Detainees will receive their commissary purchases in their assigned housing units or designated location determined by the Administration.

E. Commissary days may be changed based on holidays or security needs.

F. All sales are final. The inmate/detainee is responsible for making sure all items and quantities on the sale receipt are correct before signing it. Once the transaction is completed no corrections will be made.

## CONTRABAND

Items which are considered to be a detriment to the safe and orderly operation of the facility are prohibited. Contraband items include but are not limited to:

1. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, of used or possessed, would endanger the preservation of order in the facility.

2. Any item which could be used as an aide to escape.

3. Any item which could be used to disguise or alter the appearance of an inmate/detainee.

4. Any article of clothing or items for personal use or consumption which has not been cleared first through Commissary.

5. Cameras, video audio, or related equipment that can be used to make unauthorized photographs, audio, or audio/video recordings of inmate/detainees, staff or facility property.

Inmates/detainees will receive the Confiscation and Disposition of Contraband Notification form.

## CORRESPONDENCE

You may send or receive mail to or from anybody you know personally except, other inmates/detainees of this or any other facility. You may not seal your outgoing letters; just place it in the provided receptacle. Drawing on your outgoing envelopes is no longer prohibited.

All incoming and outgoing general mail will be opened, scanned, and inspected for physical contraband. If there is any reason

mail will not be delivered to the inmate/detainee a rejection notice will be issued to the inmate/detainee, and the letter will be sent back return to sender. Reasons for rejections are posted in each dorm. If you receive incoming legal mail, it will be opened in your presence to inspect for contraband. If you do not accept the letter or permit the letter to be inspected in your presence, it will be returned to the sender.

You will not be allowed to receive or send packages without advance arrangements, approved by the facility Warden or his designee. The postage for sending packages and oversized or overweight mail will be paid by you. The contents of all incoming or outgoing packages will be inspected. When you depart the facility, your incoming mail will be sent to your forwarding address. If you do not provide a forwarding address, your mail will be endorsed, "No forwarding address, return to sender." All such mail will be returned to the Post Office.

The following will serve as a guide as to how all outgoing mail should be addressed. It will also indicate how much postage it will need for other countries.

| | |
|---|---|
| **Name** | **Stamp** |
| **I.D,** | |
| **132 Cotton Dr.** | |
| **Ocilla, GA  31774** | |
| | **Name** |
| | **Address** |
| | **City, State, Zip Code** |

Be advised that all outgoing "Special Correspondence", such as for Attorney's, U.S. Marshal Service, ICE or Courts, must be identified as such by putting "Legal" on the envelope.

Remember that the U.S. Postal Service may return your mail for additional postage if it exceeds weight limit. (Prices may change without notice)

$0.55, 1oz. U.S.
$1.15, 1oz México
$1.15, 1oz International, Brazil, Honduras, Guatemala, Peru, El Salvador

**Instructions for Indigent supplies:**
Upon arrival to LaSalle Corrections Southeast, you may submit an inmate request form directed to the Mail room Officer. Upon receipt of your Official to request form the mailroom officer will issue supplies if you qualify. Any ICE detainee with less than $15.00 in his or her account is considered indigent and will be provided with postage to mail at least five pieces of special correspondence, three pieces of general correspondence, and any packages deemed necessary by ICE, per week. Federal/Local inmates must have a balance of $15.00 or less for a period of 30 consecutive days to qualify for indigent supplies and will be provided with five legal size envelopes, five sheets of paper and one pencil. You must submit a request each week.

**NOTE: Postage will be added to your letter(s) on their way out.**

## DETENTION/CLASSIFICATION FILE

A Detention/Classification record is maintained for each individual. This Detention/Classification record will include no less than the following:

1. Facility disciplinary action.
2. Behavior Reports
3. Booking documents.
4. Funds, Valuables and property receipts.
5. Inmate's/Detainee's written request, complaints and issues, including Immigration Responses
6. Any other documents relevant for a classification file, including Special Housing Unit Records.

## INMATE/DETAINEE DRESS CODE

Inmates/Detainees are required to keep themselves clean, wear proper clothing and footwear during all activities. Inmates/detainees are reminded that poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with your peers and others and can have a negative impact upon the health and safety of yourself and others. Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation.

A. At LaSalle Corrections Southeast, male ICE detainees wear orange jumpsuits and female ICE detainees wear navy blue jumpsuit.

C. Ordinarily, inmates/detainees may wear any hairstyle provided it does not interfere with safety and hygiene requirements.

## EVACUATION DRILLS

As per local, state and federal laws, we are required to perform evacuation drills. At this facility, we perform no less than one drill on each shift per month. These drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as, fire, gas leak, civil disaster or other dangers. In your housing unit is a diagram showing you the location of all fire exits and which exits to use. Study this diagram located in your

housing unit carefully, your life may depend on it.

**GRIEVANCE PROCEDURE**

No harassment, Punishment or disciplinary action will result to an inmate/detainee who seeks resolution of legitimate complaints in good faith.  However, if you demonstrate a pattern of abuse of the grievance system, resulting in unnecessary burdens at the expense of legitimate complaints, such grievances will be returned unprocessed.  Continued abuse may result in an adverse action initiated against you.  You are encouraged to attempt to resolve all grievances using the chain of command PRIOR to filing the grievance.

There is an informal process for resolving grievances. You have the right to change an informal grievance to a formal grievance at any time during the process.  You can write your complaint on a Request Form or fill the form out on the Telmate Tablet.  The Telmate tablets have the Grievance Form listed under requests.  These hand written forms are available from your dorm officer.  Your complaint will be answered within two to three days.  If the compliant is a non-grievance issue, your response will indicate this.  If you do have a grievance issue and wish to file a formal grievance, one will be provided to you and assistance if needed.

You may not submit a grievance on behalf of another detainee.  You may, however, seek assistance from another detainee or staff member in preparing your grievance.

A grievance may be initiated for but not limited to any one of the following reasons:

- an alleged violation of civil, constitutional, or statutory rights or of policy
- an alleged criminal or prohibited act by a staff member
- to resolve a condition existing within the LaSalle Corrections Southeast that creates unsafe or unsanitary living conditions
- to appeal a decision of the Discipline Committee, such as modification of restricted visiting, correspondence, or other privileges; reversal of disciplinary action and expungement of records in cases where charges are found not supportable.
- Medical Issues

You may file only for yourself, although an inmate/detainee may assist another inmate/detainee in filing a grievance. Grievance may be filed at any one time per single incident or item of concern. You may withdraw a previously filed grievance at any time. You may file a formal, written grievance no later than **5 days** after the event or unsuccessful conclusion of an informal grievance. An inappropriately filed grievance or one that is directed toward a non-grievance issue will be returned. Once you have completed the grievance form it may be placed in the grievance boxes located inside of all dorms and cell blocks, or given to any staff member. The final written resolution will be returned to you within **15 working days** of receipt, except for disciplinary cases. Appeals of disciplinary actions will be referred directly to the Warden. If you are dissatisfied by the final resolution of a grievance will have **5 working days** after notice of the decision to appeal to the Warden. The Warden will have **5 working days** to make a determination on the appeal and reply, except in disciplinary cases. (ICE detainees: you may appeal to I.C.E. from the district you came from and they will have the final resolution to your Grievance. A copy of your Grievance will be maintained in your file for a period of 3 years.

ICE detainees may file a complaint about staff misconduct, abuse or civil rights violations directly with the U.S. Department of Homeland Security, Office of Inspector General (OIG):

DHS OIG Hotline

254 Murray Drive, SE
Building 410
Washington, DC 20538
Telephone 1-800-323-8603

No harassment, punishment or disciplinary action will result to an inmate/detainee who seeks resolution of complaints via the grievance process. However, if you demonstrate a pattern of abuse of the grievance system, resulting in unnecessary burdens at the expense of legitimate complaints, such grievances will be returned unprocessed. You are encouraged to attempt to resolve all grievances using the chain of command PRIOR to filing the grievance.

## EMERGENCY GRIEVANCES

An emergency grievance is one that involves an immediate threat to the welfare or safety of an inmate/detainee and is subject to expedited processing. Processing for emergency grievances will begin with the initial determination by the receiving staff member that the issue raised is life-threatening.

Emergency grievances may be given directly to the shift supervisor by an inmate/detainee. If the supervisor determines that the grievance is an emergency matter it will be given immediate attention. If resolved at the shift level a report will be prepared by that supervisor for the Warden that describes the nature of the problem and the resolution achieved.

Emergency grievances that cannot be resolved at the shift level will be channeled without delay through the chain of command until a level is reached where action can be taken. If upon consideration the shift supervisor determines that the matter is not in fact an emergency issue, then standard processing will apply.

## GROUP LEGAL RIGHTS PRESENTATIONS FOR ICE DETAINEES

A list of Free Legal Services Providers List is available in the facility main Library through the Library Officer.

At times, notifications will be posted to announce Group Legal Rights presentations. A sign in sheet will be made available in each housing unit and you will be given the opportunity to attend. Presentations are open to all detainees/offenders, regardless of the presenter's intended audience, except when a particular ICE detainee's attendance would pose a security risk.

Detainees in segregation will be allowed to attend if security is not compromised. If it becomes necessary, presentations may be made to individuals in segregation, pending agreement with the presenter and security can be maintained. If an ICE detainee in segregation cannot attend for this reason, and both he/she and the presenter(s) so request, alternative arrangements will be made.

## INTITAL ADMISSION

   A.   Upon arrival, your clothes, person property, valuables and funds will be retained by the processing officer

for safekeeping. Itemized receipts will be issued to you for all clothing, personal property, valuables and funds. It is important that you retain these receipts to claim your property, funds and valuables when you are released. (For ICE Detainees—Your identity documents such as, passports, birth certificates, etc., will be inventoried, and retained by I.C.E. in your file.)

B.  While at this facility you are permitted to retain:

1.      Hygiene items
2.      Commissary items

These personal items retained <u>must</u> be stored in your Storage box provided. No item is to be attached to the bunk, wall, windows or left on the windowsills. Inmate/Detainees are responsible for the loss of personal items not

safeguarded or stored by the facility.

C.  Your initial issue of clothes shall be limited to:

1.   2 uniforms

2.   2 pair of socks

3.   2 pair of boxer shorts for men/3 pair panties for females

4.   2 bras for females

5.   1 bath towel

6.   1 washcloth

7.   2 sheets

8.   1 blanket

9.   1 mattress

10.   1 pair of facility issued footwear

**D.  Your issue of personal hygiene items is:**

1. 1 toothbrush

2. 1 toothpaste

3. 1 soap

4. 1 comb

5. 1 shampoo

6. 1 lotion ( ICE detainees only)

7. Razors (Fed/Local Inmates only)

**Detainee Razors**

A. Detainees are not allowed to purchase razors from the commissary.

B. The process or steps for getting a razor will be as follows:

1. Detainee will be required to sign a signup sheet.

2. Detainee will be required to give the officer their I.D. card.

3. Detainee must return the razor without any damage to receive his/or her ID card.

4. The detainee's returned razor must have the blade in place.

5. The detainee can only keep the razor a maximum of four (4) hours.

6. Detainees that are to attend court and wants to shave must be allowed to do so before    court, if time permits.

7. Those detainees that are exhibiting any emotional destress should be cleared by the Mental Health Professional.

E.    A medical examination will be conducted by a member of the medical department, within 14 days of your arrival.

F.    To have service issued personal hygiene items replaced; you must request replacement items from your housing officer.

G.    All inmates/ detainees will be given the opportunity to take a shower at the conclusion of the intake process.

H.    shall be afforded the opportunity to make a telephone call after completing the intake process (ICE).

I.    Each week, all Local/Federal Inmates will be afforded an opportunity to purchase one (1) disposable razor from commissary. Detainees are not allowed to purchase razors from the commissary. The facility will be responsible for the issuance of these items daily. Detainees attending court will be afforded the opportunity to shave first.

## RIGHTS AND RESPONSIBILITIES

1. You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility. You have the responsibility to know and abide by them.

2. You have the right to freedom of religious affiliation and voluntary religious worship. You have the responsibility to recognize and respect the rights of others in this regard.

3. You have the right to health care which includes nutritious meals, proper bedding, clothing and a laundry schedule for cleanliness, to shower regularly, proper ventilation for warmth and fresh air a regular exercise period, toilet articles and medical treatment. You have the responsibility not to waste food, to follow the laundry and shower schedule, to maintain neat and clean living quarters and to seek medical care as needed.

4. You have the right to have family members and friends visit with you in keeping with the facility rules and schedules. It is your responsibility to conduct yourself properly during visits, and do not accept or pass contraband

5. You have the right to unrestricted and confidential access to the courts by correspondence. It is your responsibility to present honestly and fairly your petitions, questions and problems to the court.

6. You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost

to the United States Government. It is your responsibility to obtain the services of an attorney honestly and fairly.

7. You have the right to have access to reading material for your own enjoyment. It is your responsibility to seek and utilize such material for your personal benefit, without depriving others of the same benefit.

8. You have the right to participate in the use of law library reference material to assist you in resolving legal problems. It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other inmates/detainees to the use of the material.

9. You have the right to a wide range of reading material for educational purposes and for your enjoyment. These materials may include magazines and newspapers sent from the publishers. It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to the use of this material.

10. You have the right to participate in a work program, as far as resources are available, and in keeping with your interest, needs and abilities. You have the responsibility to take advantage of activities which may help you live successful and abiding life within the facility and in the community. You will be expected to abide by the regulations governing the use of such activities.

*I.C.E. Detainees:*

*11. You have the right to an administrative hearing before an Immigration Judge to determine your status in the United*

*States. It is your responsibility to seek methods of payment for your bond.*

*12. If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing. It is your responsibility to seek methods of payment for your bond.*

*13. You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion. It is your responsibility to prepare and submit the proper forms accurately.*

*14. You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure you waive that right of a hearing. It is your responsibility to inform an INS officer that you request voluntary departure.*

It is the responsibility of all inmates/detainees to comply with the following:

1. Comply with directions given by any staff member
2. Respect the facility staff and other inmates/detainees
3. Respect facility property and the property of other inmates/detainees
4. Maintain yourself, your clothing and your living area in a clean condition
5. Address our staff be referring to their title and last name

**INMATE/DETAINEE DISCIPLINARY**

In a facility where many individuals live together in relatively small amount of space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of the staff, but also for the safety and welfare of you and all other inmates/detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

## A. GUIDELINES

Disciplinary action may not be capricious or retaliatory. Staff may not impose or allow imposition of the following sanctions: corporal punishment; deviations from normal food services, deprivation of clothing, bedding or items of personal hygiene; deprivation of correspondence privileges; or deprivation of physical exercise unless such items or

activities creates an unsafe condition.

The facility shall not hold an inmate/detainee accountable for his/her conduct if a medical authority finds him/her mentally incompetent. A mentally incompetent individual unable to appreciate the difference between appropriate and inappropriate behavior between "right" and "wrong" – is not capable of acting in accordance with those norms. Therefore, he/she is not responsible for his/her "wrongful" actions.

Also, a person who lacks the ability to understand the nature of the disciplinary proceedings against him/her, or to assist in his/her own defense, is considered incompetent. Inmates/Detainees will receive translation services throughout the investigative, disciplinary, and appeal process, including accommodation for the hearing impaired. Disciplinary proceedings against such an inmate/detainee shall be postponed until such time as the inmate/detainee is able to understand the nature of the disciplinary proceedings and to assist in his/her own defense. If the inmate's/detainee's mental status does not improve within a reasonable amount of time, the Incident Report shall "find" the inmate/detainee incompetent to assist in his/her own defense. Under that circumstance disciplinary proceedings cannot move forward.

## B. INCIDENT/DISCIPLINARY REPORTS

Officers who witness a prohibited act or have reason to suspect one has been committed shall prepare and submit an incident report. All incident reports must state the facts clearly, precisely, and concisely, omitting no details that could prove significant. Reports also will identify the officer(s), the inmate(s)/detainee(s), and all witness(s) to the incident. Minor transgressions will be settled informally, by mutual consent, whenever possible. If, however, the officer involved thinks an informal resolution inappropriate or unachievable, he/she shall prepare an Incident Report and Notice of Charges, forwarding it to the appropriate supervisor before the end of the assigned shift. This incident report shall cite the relevant rule or standard without quoting it in its entirety. The reporting officer will sign the report and include title, date and time the report was signed. The shift supervisor shall review all incident reports before going off duty.

## C. INVESTIGATIONS

The investigating officer shall have supervisory rank, (unless prevented by personnel shortages) and shall have had no prior involvement in the incident, either as witness or officer at the scene. If an officer below supervisory rank conducts the investigation, the shift supervisor shall review his/her report(s) for accuracy and completeness, and sign them. The officer designated to investigate the incident is responsible for completing the necessary interviews, collecting evidence, and submitting written reports.

The investigating officer shall:

1. Commence the investigation within 24 hours. Of receipt of the incident report.

2. Advise the inmate/detainee of the right to remain silent at every stage of the disciplinary process, and ensure he/she has a complete listing of inmate/detainee rights.

3. Advise the inmate/detainee that, although silence may not be used to support a finding of guilt, silence is rarely interpreted in the inmate's/detainee's favor.

4. Provide the inmate(s)/detainee(s) with a copy of the incident report/notice of charges at least 24 hours before the start of disciplinary proceedings.

5. Advise the inmate/detainee of his/her right, if applicable, at an initial hearing before the Disciplinary Committee within 24 hours of his/her notification of charges.

6. Terminate the investigation if the incident is under investigation elsewhere, e.g., on criminal grounds, unless and until the agency with primary jurisdiction concludes its investigation or indicates that it will not pursue the matter.

7. Record personal observances and other potentially material information.

8. Prepare a factual report of the investigation; including the location or disposition of any physical evidence.

9. Forward to the Disciplinary Committee all reports relevant to the disciplinary hearing. NOTE: policy expressly prohibits providing a copy of any such report(s) to the inmate/detainee at this stage of the disciplinary process.

## D. DISCIPLINARY COMMITTEE

The Disciplinary Committee shall have authority to:

1. Conduct hearing and informally resolve incidents involving High, Moderate or Low Moderate charges.

2. Consider written reports, statements, and physical evidence.

3. Hear pleadings on the part of the detainee.

4. Make findings that an inmate/detainee did or did not commit the rule violation(s) or prohibited act(s) as charged, based on the preponderance of evidence.

5. Impose minor sanctions "E" through "M" in accordance with the table of prohibited acts and associated sanctions. The inmate/detainee in Disciplinary Committee proceedings shall have the right to:
   A. Remain silent at any stage of the disciplinary process.
   b. Due process, including a Disciplinary Committee hearing within 24 hours of the end of the investigation and:
      1) To attend the entire hearing (excluding committee deliberations);or
      2) To waive the right to appear.
   c. Present statements and evidence in his/her own behalf.
   d. Appeal the committee's determination through the detainee appeal process.

The Disciplinary Committee shall:

1. Advise the inmate/detainee of above-listed rights before the hearing.
2. Refer to the Facility's Disciplinary Panel regarding any incident involving a serious violation, i.e., associated with an _____
3. Serve the inmate/detainee with:
   a. A copy of the Disciplinary Committee decision and sanctions imposed; or
   b. Written notification of charges and hearing before the IDP.
4. If the inmate's/detainee's case is being referred to the IDP, advise the detainee, in writing, of
   a. The right to call witnesses and present evidence before the IDP; and
   b. The right to a staff representative.

The officer in Charge shall, upon the inmate's/detainee's request, assign a staff representative to help prepare a defense. This help will be automatically provided or illiterate inmates/detainees, inmates/detainees with limited English-language skills; inmates/detainees without means of collecting and presenting essential evidence and inmates/detainees in administrative or Administrative Separation.

1. A staff representative must be a full-time employee.
2. Because of the potential conflict of interest, the OIC, members of the IDP and of the Disciplinary Committee initially involved in the case, eyewitnesses, the reporting and investigating officers, and anyone else with a stake in the outcome shall not act as staff representatives.
3. The inmate/detainee may select his/her staff representative, barring anyone identified in #2, above.
4. The IDP will arrange for the presence of the staff representative selected by the inmate/detainee. If that staff member declines or is unavailable, the inmate/detainee has three choices. He/she may select a different representative; wait for the unavailable staff member to become available (within a reasonable period); or proceed without a staff representative.
5. A staff member declining to serve as an inmate's/detainee's representative must state the reason on the staff representative form.
6. If several officers decline, the OIC will assign a staff member to serve as that inmate's/detainee's staff representative.
7. The staff representative will be free to speak to witnesses and to present evidence in the inmate's/detainee's behalf, including any mitigating circumstances.
8. The IDP will allow the staff representative enough time to speak with the inmate/detainee and interview witnesses. The standard pre-hearing preparation time will suit most cases. However, the IDP may grant a delay if required for an adequate defense.
9. The IDP will establish the reliability of information provided by a confidential informant before considering it in the disciplinary proceedings.
10. The IDP may withhold the confidential informant's identity from the staff representative. While the staff representative may challenge the substance of any confidential information the IDP discloses, he/she may not question its reliability (pre-established by the IDP).
11. When the inmate/detainee cannot effectively present his/her own case, the OIC shall appoint a staff representative, even if not requested by the inmate/detainee.

## E. INSTITUTIONAL DISCIPLINARY PANEL

1. The IDP will consist of three members, including the chairperson.
2. The OIC shall appoint the three members of the panel. Members will be appointed by the OIC. The panel shall not include the reporting officer, the investigating officer, and any member of the referring Disciplinary Committee, or anyone who witnessed or was directly involved in the incident. Only if virtually every available officer witnessed or was directly involved in the incident shall an exception to this rule occur.

The IDP shall have authority to:

1. Conduct hearings on all charges and allegations referred by the Disciplinary Committee.
2. Call witnesses to testify.
3. Consider written reports, statements, physical evidence, and oral testimony.
4. Hear pleadings by inmate/detainee and staff representative.
5. Make findings that the inmate/detainee did or did not commit the rule violation(s) or prohibited act(s) as charged based on the preponderance of evidence.
6. Impose sanctions as listed and authorized in each category.

The IDP shall:

1. Verify that the inmate/detainee has been advised of, and afforded, his/her rights, as provided above.
2. Remind the inmate/detainee of his/her right to a staff representative, providing one if requested.
3. Advise the inmate/detainee of his/her right to waive the hearing and admit having committed the offense.
4. Conduct the hearing on the first business day after receiving the Disciplinary Committee's referral, unless the inmate/detainee waives the 24-hour notification provision, requesting an immediate hearing. In cases where a hearing is delayed, the reason(s) must be documented (e.g., a continuing investigation of facts, their unavailability of one or more essential witnesses, etc.) and approved by the OIC. If the inmate/detainee is being held in segregation, the delay shall not exceed 72 hours, barring an emergency.

5. Prepare a written record of its proceedings. This record must show that the inmate/detainee was advised of his/her rights. It must also document the evidence considered by the Panel and subsequent findings; the decision and sanctions imposed, along with a brief explanation.
6. Forward the entire record to the OIC, who may (a) concur; (b) terminate the proceedings; or (c) impose stiffer or lesser sanctions.
7. Serve the inmate/detainee with written notification of the decision.

## F. POSTPONEMENT OF DISCIPLINARY PRECEEDINGS

The IDP shall permit hearing postponements or continuances under certain circumstances. Circumstances justifying the postponement or continuance of a hearing might include: defense preparation, physical or mental illness, security, escape, disciplinary transfer, removal or pending criminal prosecution. An uncooperative inmate/detainee may also cause a delay in the proceedings, either because of inappropriate behavior during the hearing process or a refusal to participate in a productive manner.

## G. DURATION OF PUNISHMENT

The duration of punishment shall be within established limits. The panel recommending either sanctions or making the final decision shall not impose sanctions arbitrarily outside these limits.

1. Punishments range from the withholding of privilege(s) to separation. Time in separation after a hearing will generally not exceed 60 days.
2. Time served in segregation pending the out coming of the proceedings may be credited to the number of days to be spent in the segregation unit after the decision is announce.
3. The disciplinary report and accompanying documents are not placed in the file of an inmate/detainee who is found not guilty. However, the facility may retain the material in its own files for institutional uses (statistical, historical, etc.).

## GREATEST OFFENSE CATEGORIES I.C.E. DETAINEES

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 100 | Killing assaulting any person | A. Initiate criminal proceedings |

(Includes sexual assault)

| 102 | Escape from escort; escape from a secure facility | B. Disciplinary transfer (recommended) |
|---|---|---|
| 103 | Setting a fire (charged with this act in This category only when found to pose a threat to life or a threat of seriously bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape; otherwise the charge is classified as Code 219 or 322) | C. Disciplinary Separation (up to 60 days)<br><br>D. Make a monetary restitution, funds are available |

104     Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device, or ammunition.

105     Rioting

106     Inciting riots

107     Hostage taking

108     Assaulting a staff member or any law enforcement officer

109     Threatening a staff member or any law enforcement officer with bodily harm

*198     Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable.

*199     Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable.

## <u>HIGH OFFENSE CATEGORY</u>

| <u>CODE</u> | <u>PROHIBITED ACTS</u> | <u>SANCTIONS</u> |
|---|---|---|
| 200 | Escape from unescorted activities, open or secure facility, without violence. | A. Initiate criminal proceedings<br><br>B. Disciplinary transfer (recommended) |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity. | C. Disciplinary Separation (up to 60 days)<br><br>D. Make monetary restitution, if funds are available. |
| 202 | Possession or introduction of an Unauthorized tool | E. Loss of Privileges: Commissary etc.<br><br>F. Changing housing |
| 203 | Loss, misplacement or damage of any restricted tool | G. Remove from program and/or group activities |
| 204 | Threatening another with bodily harm | |

| | | |
|---|---|---|
| | | H. Loss of job |
| 205 | Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against. | I. Impound and store detainees personal property |
| | | J. Confiscate contraband |
| 206 | Engaging in sexual acts | K. Restrict to housing unit |
| 207 | Making sexual proposals or threats | |
| 208 | Wearing a disguise or mask | |
| 209 | Tampering with or blocking any lock device | |
| 210 | Adulteration of food or drink | |

211     Possessing, introducing, or use of narcotics, narcotics paraphernalia or drugs not prescribed for the individual by the medical staff.

| | |
|---|---|
| 212 | Possessing an officer's or staff member's clothing |
| 213 | Engaging or inciting a group demonstration |
| 214 | Encouraging others to participate in a work stoppage or to refuse to work |
| 215 | Refusing to provide a urine sample or otherwise cooperate in a drug test |
| 216 | Introducing alcohol to the facility |
| 217 | Giving or offering an official or staff member a bribe or anything of value |
| 218 | Giving money to, or receiving money from , any person for an illegal or prohibited purpose, such as introducing/conveying contraband |
| 219 | Destroying, altering, or damaging property (facility or another person's) worth more than $100 |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days |
| 221 | Signing, preparing, circulating, or soliciting support for prohibited proceeding group petitions |
| 222 | Possession or introducing an incendiary device, e.g., matches, a lighter, etc. |
| 223 | Any act that could endanger, person(s) and or property |
| 224 | Tobacco Products |
| *298 | Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable and or group activity. |
| *299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of |

highest severity). This charge is to be used only when no other charge of highest severity is applicable.

*When the prohibited act is interfering with a staff member in the performance of duties (Code 198, 298, 398, or 498) or conduct that disrupts (Code 199, 299, 399, or 499), the Disciplinary Committee should specify in its findings the severity-level of the conduct, citing a comparable offense in that category. For example, "We find the act of to be of high severity, most comparable to Code 213, "engaging in a group demonstration."

## HIGH MODERATE OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 300 | Indecent Exposure | A. Initiate criminal proceedings |
| 301 | Stealing (theft) | B. Disciplinary transfer |
| 302 | Misuse of authorized medication | C. Disciplinary Separation (up to 72 hours) |
| 303 | Loss, misplacement, or damage of A less restricted tool | D. Make monetary restitution |
| 304 | Lending property or other items of Value for profit/increased return | E. Loss of privileges, e.g., commissary, visitation, etc. |
| 305 | Possession of items(s) not authorized | F. Changing housing |
| 306 | Refusal to clean assigned living area | G. Remove from program |
| 307 | Refusing to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105 – Rioting; continuing to fight, Code 201 – Fighting; refusing to provide a urine sample, Code 215 | H. Loss of job  I. Impound and store detainees personal property  J. Confiscate contraband  K. Restrict to housing unit |
| 308 | Insolence toward a staff member | L. Reprimand |
| 309 | Lying or providing false statement to staff | M. Warning |
| 310 | Counterfeiting, forgoing or other unauthorized reproduction of money or other official document or item, e.g. security document, identification card, etc. (may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction, e.g., counterfeiting release papers to effect escape – Code 102 or 200) | |
| 311 | Participating in an unauthorized restitution meeting or gathering | |
| 312 | Being in an unauthorized area | |
| 313 | Failure to stand count | |
| 314 | Interfering with count | |

| 315 | Making, possessing, or using intoxicant(s) |
|---|---|
| 316 | Refusing a breathalyzer test or other test of alcohol consumption |
| 317 | Gambling |
| 318 | Preparing or conducting a gambling pool |
| 319 | Possession of gambling paraphernalia |
| 320 | Unauthorized contact with public |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization |
| 322 | Destroying, altering, or damaging property (government or another person's) worth less than $100 |
| *398 | Interfering with a staff member in the performance of duties (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable. |
| *399 | Conduct that disrupts or interferes with the security or orderly running and/or group activity (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable. |

**NOTE:**  Any combination of high moderate and low moderate offenses during 90-day period shall constitute a high offense.

## LOW MODERATE OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 400 | Possession of property belonging to Another person | A. Make monetary restitution |
| 401 | Possessing unauthorized clothing | B. Loss of privileges, e.g., commissary, visitation, etc. |
| 402 | Malingering, feigning illness | C. Changing housing |
| 403 | Smoking where prohibited | D. Remove from program |
| 404 | Using abusive or obscene language | E. Loss of job |
| 405 | Tattooing, body piercing, or self mutilation | F. Impound and store detainee's personal property |
| 406 | Unauthorized use of mail or telephone (with restriction or temporary | G. Confiscate contraband |

|     | suspension of visiting privileges often the appropriate sanction) | H. Restrict to housing unit |
|-----|-----|-----|
|     |     | I. Reprimand |
| 408 | Conducting a business | |
| 409 | Possession of money or currency, unless Specifically authorized | J. Warning |
| 410 | Failure to follow safety or sanitation regulations | |
| 411 | Unauthorized use of equipment or machinery | |
| 412 | Using equipment or machinery contrary to posted safety standards. | |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards | |
| *498 | Interfering with a staff member in the performance of duties (offense must be or low moderate severity). This charge is to be used only when no other charge in this category is applicable. | |
| *499 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of low or moderate severity). This charge is to be used only when no other charge in this category is applicable. | |

Inmates/Detainees may receive no more than sixty (60) days in segregation for any rule violation that arises from one (1) incident. Continuous confinement for more than thirty (30) days requires the review and approval of the Warden.


## INSPECTIONS OF PERSONS AND PROPERTY

You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person. Searches are routine requirements when entering the housing units or when leaving the visiting area after a visit. Routine unscheduled searches of the facility, the person and property will be conducted as deemed necessary. There are occasions when random searches will be conducted as they enter or leave a building or area. Random searches will occur when returning to the building from the recreation area. Correctional Officers will conduct pat searches of the same gender inmate/detainee. All searches are used as a means of interdicting contraband and ensuring safe and sanitary conditions exist within the facility. Searches are not punitive in nature.


## LAUNDRY SCHEDULE

### ICE DETAINEES
**Monday:**
Orange/Blue uniforms/brown boxers/panties
Brown / orange socks, brown towels, brown sheets
**Tuesday:**
Whites, Undergarments and socks
**Wednesday:**
Orange/Blue uniforms/brown boxers/panties

**Thursday:**
Whites, Undergarments and socks
**Friday:**
Orange/Blue uniforms/brown boxers/panties

Brown / orange socks, brown towels, brown sheets
**Saturday:**
Orange/Blue uniforms/brown boxers/panties
Brown / orange socks, brown towels, brown sheets

*****Blankets washed on the 1st and 3rd Tuesday of each Month*****
******Shower Curtains on the 1st Sunday of each Month******

**Federal Marshals and County Inmates**
**Monday:**
Uniforms/brown boxers/panties
Brown / orange socks, brown towels, brown sheets
**Tuesday:**
Whites only
**Wednesday:**
Uniforms/brown boxers/panties
Brown / orange socks, brown towels, brown sheets
**Thursday:**
Whites only
**Friday:**
Uniforms/brown boxers/panties
Brown / orange socks, brown towels, brown sheets
**Saturday:**
Uniforms/brown boxers/panties
Brown / orange socks, brown towels, brown sheets

*****Blankets washed on the 1st and 3rd Tuesday of each Month*****
******Shower Curtains on the 1st Sunday of each Month******

## LAW LIBRARY

The schedule for use is posted in all housing units. Self help material will be provided and made available to all inmates/detainees for their use for research or preparation of their defense. Law Library sessions will be scheduled by written request.

### Main Law Library hours Mondays 8am-5pm, Tuesday – Friday 8am-10pm, and Saturday 2pm-10pm

- Detainees are permitted to use the law library in the dormitories during all shifts up to lockdown times with the exception of counts, chow, and transporting time.
- The flash drives are available through the Library Officer (Monday- Friday 8am-5pm).
- Detainees are permitted to use the law library after hours by request. The same rules apply to night shift as they do to the day shift.
- Please advise your floor officer or the law library clerk of any missing or damaged equipment. If you are responsible for any damage equipment you will be expected to pay for it.
- Only legal documents will be printed in the main Library
- Legal materials that are not available in the law library can be obtained by submitting a written request to the law library clerk.
- You must sign in the computer log book with information that it ask for. Log sheets will not be destroyed or used as scrap paper.
- Any detainees that are found to be in violation to any rules shall be subject to disciplinary action.
- Lexis/Nexis is being used at the facility and instructions for its use are available in the law library.

- **NO FOOD OR DRINKS ARE ALLOWED AT COMPUTER STATIONS AT ANY TIME.**
- **The Main law library is available on the weekends only upon a written request. The Request must be submitted by 3pm on Fridays.**

***Any Detainee needing additional time in the Law Library (above the 5 hours per week), must submit a request to the Law Library Clerk.***

## LIBRARY

The Library at this facility contains standard Library materials found in a School or Community Library. The needs, interests and abilities of the majority of inmates/detainees are carefully considered and the Library collection developed accordingly. You are permitted to check out books during Library hours. It is important that you take care of the books and return them on time so other inmates/detainees have the opportunity to read and enjoy them.

General library books are available for inmates/detainees. Inmates/Detainees shall be allowed to pick up library books in the library during scheduled times. Inmates/Detainees shall be responsible for returning books in a timely manner and in good condition. Inmates/Detainees shall be financially responsible for books that are lost or damaged. General Library schedules are posted in all housing areas.

The Library schedule will be posted in the housing units. The Library is located in the main building next to the Court room. Those inmates/detainees wanting access to the library must submit a request to the library officer.

## LIVING CONDITIONS

The LaSalle Corrections Southeast provides a safe and secure environment for all inmates/detainees housed here. LaSalle Corrections Southeast has multiple-occupancy cells and dorms. The two (2) and four (4) person cells have a shower, washbasin and toilet in each cell. The open dorms provide a number of showers, washbasins, and toilets for the number of inmates/detainees housed in those units. All detainees have access to toilets and washbasins with temperature controlled hot and cold running water twenty-four (24) hours per day, and are able to use toilet facilities without staff assistance.

Inmate/Detainees are required to keep their assigned living areas clean at all times. Your bed must be made immediately upon waking and remain made during waking hours. You are permitted to lie on your fully made bunk but you must be fully clothed. It is your best interest to maintain a clean living area and avoid many of the problems associated with unsanitary living conditions.

Administrative Separation is intended for inmates/detainees with special housing requirements such as:

1. Pending investigation/hearing of prohibited act(s);
2. Medical observation;
3. Pending transfer or release within 24 hours:
4. Security risk; or,
5. Protective custody.

Disciplinary Separation is a special housing unit for inmates/detainees who:

1. Are a serious disruption in general population;
2. Require additional physical confines; or,
3. Have received a sanction by the Facility's Disciplinary Panel.

*Inmates/Detainees confined to the special housing unit will be afforded 1 hour recreation 7 days a week. Law Library privileges will be afforded by writing to the Law Library supervisor and requesting material needed for your case.

## MAILING ADDRESS

The mailing address is provided below. This is how you shall address your mail:

Your name and inmate/detainee number

LaSalle Corrections Southeast
132 Cotton Dr.
Ocilla, GA 31774

## MEALS

All meals are nutritionally balanced, dietician approved, properly prepared and attractively served in a wholesome, clean and safe environment. The LaSalle Corrections Southeast food service does not use any pork products. The use of food, i.e., withholding of, or variation from the standard menu, as a disciplinary measure or reward is prohibited. Special diets as required for medical reasons or adherence to religious dietary law are provided by the Food Service department upon being approved and placed special diet list. You will be issued an appropriate eating utensil(s). The utensil(s) must be accounted for at the end of the meals. Meal times and menus are posted on the bulletin board in your housing unit. Inmates/Detainees requiring medical

diets will need to be evaluated by the medical department before a diet band will be issued. The Food Service Department has specific diets already approved by the dietician and will not vary from these diets, please do not ask them to.

Inmates/Detainees requesting religious diets needs to submit a "Request to Official" forms to the Assistant Warden.

The application will be reviewed and approved by the Assistant Warden and the Chaplain prior to receiving the religious diet approval. Official feeding times are as follows:

**Breakfast 4:30 a.m., Lunch 11:00 a.m., and Supper 4:30 p.m.**

## MEDICAL CARE

The facility medical staff provides medical care. If you are ill, or in need of medical attention, you must first fill out a sick call slip and place in the designated drop box inside your housing unit. (See Sick Call). If it is after sick call hours, you must notify your housing unit officer, who will contact the on-duty **medical** staff member.

## OFFENSE CATEGORIES

## GREATEST OFFENSE CATEGORIES I.C.E. DETAINEES

| CODE | PROHIBITED ACTS | SANCTIONS |
| --- | --- | --- |

| 100 | Killing assaulting any person (Includes sexual assault) | A. Initiate criminal proceedings |
| 102 | Escape from escort; escape from a secure facility | B. Disciplinary transfer (recommended) |
| 103 | Setting a fire (charged with this act in This category only when found to pose a threat to life or a threat of seriously bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape; otherwise the charge is classified as Code 219 or 322) | C. Disciplinary Separation (up to 60 days)<br><br>D. Make a monetary restitution, funds are available |
| 110 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device, or ammunition. | |
| 111 | Rioting | |
| 112 | Inciting riots | |
| 113 | Hostage taking | |
| 114 | Assaulting a staff member or any law enforcement officer | |
| 115 | Threatening a staff member or any law enforcement officer with bodily harm | |
| *198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |

## HIGH OFFENSE CATEGORY

| **CODE** | **PROHIBITED ACTS** | **SANCTIONS** |
| --- | --- | --- |
| 200 | Escape from unescorted activities, open or secure facility, without violence. | A. Initiate criminal proceedings<br><br>B. Disciplinary transfer (recommended) |
| 201 | Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity. | C. Disciplinary Separation (up to 60 days)<br><br>D. Make monetary restitution, if funds are available. |
| 202 | Possession or introduction of an Unauthorized tool | E. Loss of Privileges: Commissary etc.<br><br>F. Changing housing |
| 203 | Loss, misplacement or damage of any restricted tool | G. Remove from program and/or group activities |

| | | |
|---|---|---|
| 204 | Threatening another with bodily harm | |
| 205 | Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against. | H. Loss of job |
| | | I. Impound and store detainees personal property |
| | | J. Confiscate contraband |
| 206 | Engaging in sexual acts | K. Restrict to housing unit |
| 211 | Making sexual proposals or threats | |
| 212 | Wearing a disguise or mask | |
| 213 | Tampering with or blocking any lock device | |
| 214 | Adulteration of food or drink | |

211     Possessing, introducing, or use of narcotics, narcotics paraphernalia or drugs not prescribed for the individual by the medical staff.

| | |
|---|---|
| 212 | Possessing an officer's or staff member's clothing |
| 213 | Engaging or inciting a group demonstration |
| 214 | Encouraging others to participate in a work stoppage or to refuse to work |
| 221 | Refusing to provide a urine sample or otherwise cooperate in a drug test |
| 222 | Introducing alcohol to the facility |
| 223 | Giving or offering an official or staff member a bribe or anything of value |
| 224 | Giving money to, or receiving money from , any person for an illegal or prohibited purpose, such as introducing/conveying contraband |
| 225 | Destroying, altering, or damaging property (facility or another person's) worth more than $100 |
| 226 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days |
| 221 | Signing, preparing, circulating, or soliciting support for prohibited proceeding group petitions |
| 222 | Possession or introducing an incendiary device, e.g., matches, a lighter, etc. |
| 224 | Any act that could endanger, person(s) and or property |
| 224 | Tobacco Products |
| *298 | Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable and or group activity. |

\*299        Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.

\*When the prohibited act is interfering with a staff member in the performance of duties (Code 198, 298, 398, or 498) or conduct that disrupts (Code 199, 299, 399, or 499), the Disciplinary Committee should specify in its findings the severity-level of the conduct, citing a comparable offense in that category. For example, "We find the act of to be of high severity, most comparable to Code 213, "engaging in a group demonstration."

## HIGH MODERATE OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|------|-----------------|-----------|
| 300 | Indecent Exposure | A. Initiate criminal proceedings |
| 301 | Stealing (theft) | B. Disciplinary transfer |
| 302 | Misuse of authorized medication | C. Disciplinary Separation (up to 72 hours) |
| 303 | Loss, misplacement, or damage of A less restricted tool | D. Make monetary restitution |
| 304 | Lending property or other items of Value for profit/increased return | E. Loss of privileges, e.g., commissary, visitation, etc. |
| 305 | Possession of items(s) not authorized | F. Changing housing |
| 306 | Refusal to clean assigned living area | G. Remove from program |
| 307 | Refusing to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105 – Rioting; continuing to fight, Code 201 – Fighting; refusing to provide a urine sample, Code 215 | H. Loss of job I. Impound and store detainees personal property J. Confiscate contraband K. Restrict to housing unit |
| 308 | Insolence toward a staff member | L. Reprimand |
| 309 | Lying or providing false statement to staff | M. Warning |
| 310 | Counterfeiting, forgoing or other unauthorized reproduction of money or other official document or item, e.g. security document, identification card, etc. (may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction, e.g., counterfeiting release papers to effect escape – Code 102 or 200) | |
| 311 | Participating in an unauthorized restitution meeting or gathering | |
| 312 | Being in an unauthorized area | |
| 313 | Failure to stand count | |

| 314 | Interfering with count |
|---|---|
| 315 | Making, possessing, or using intoxicant(s) |
| 316 | Refusing a breathalyzer test or other test of alcohol consumption |
| 317 | Gambling |
| 318 | Preparing or conducting a gambling pool |
| 319 | Possession of gambling paraphernalia |
| 320 | Unauthorized contact with public |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization |
| 322 | Destroying, altering, or damaging property (government or another person's) worth less than $100 |
| *398 | Interfering with a staff member in the performance of duties (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable. |
| *399 | Conduct that disrupts or interferes with the security or orderly running and/or group activity (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable. |

**NOTE:** Any combination of high moderate and low moderate offenses during 90-day period shall constitute a high offense.

## LOW MODERATE OFFENSE CATEGORY

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 400 | Possession of property belonging to Another person | A. Make monetary restitution |
| 401 | Possessing unauthorized clothing | B. Loss of privileges, e.g., commissary, visitation, etc. |
| 402 | Malingering, feigning illness | C. Changing housing |
| 403 | Smoking where prohibited | D. Remove from program |
| 404 | Using abusive or obscene language | E. Loss of job |
| 405 | Tattooing, body piercing, or self mutilation | F. Impound and store detainee's personal property |
| 406 | Unauthorized use of mail or telephone | G. Confiscate contraband |

|  | (with restriction or temporary suspension of visiting privileges often the appropriate sanction) | H. Restrict to housing unit |
|  |  | I. Reprimand |
| 408 | Conducting a business | J. Warning |
| 409 | Possession of money or currency, unless Specifically authorized |  |
| 410 | Failure to follow safety or sanitation regulations |  |
| 411 | Unauthorized use of equipment or machinery |  |
| 412 | Using equipment or machinery contrary to posted safety standards. |  |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards |  |
| *498 | Interfering with a staff member in the performance of duties (offense must be or low moderate severity). This charge is to be used only when no other charge in this category is applicable. |  |
| *499 | Conduct that disrupts or interferes with the security or orderly running of the facility (offense must be of low or moderate severity). This charge is to be used only when no other charge in this category is applicable. |  |

Inmates/Detainees may receive no more than sixty (60) days in segregation for any rule violation that arises from one (1) incident. Continuous confinement for more than thirty (30) days requires the review and approval of the Warden.


**OFFICIAL COUNTS**

In order to maintain proper accountability of  inmate/detainees at this facility, official counts are conducted at the following time:

**6:30 a.m., 10:00 am, 14:30 p.m., 18:30 p.m., 23:00 pm, 01:00 am, 0300 am**

During all formal counts no movement or talking is permitted. All inmates/detainees will be on his or her assigned bunk when count is called.  Disruption during counts may result in a lock-down being initiated.


**PERSONAL HYGIENE**
You will be living in a dormitory with other individuals, so personal hygiene is essential. You are expected to bathe regularly and to keep your hair clean. Personal hygiene items for both male and female inmates/detainees such as, soap, toothpaste, toothbrush, combs, and other items will be issued to you upon admission. For inmates/ detainees who are indigent you will receive a hygiene package once week. To qualify for an indigent package you must have a balance of $15.00 or less for a period of 30 consecutive days.

Personal Hygiene items will be offered on Tuesday and Thursday (days may vary due to holidays).  If additional personal hygiene items are needed on non-delivery days they will be available from the housing officers.

**RECREATIONAL ACTIVITIES**

    A.     Access to recreation.

1. All inmates/detainees housed in general population will be provided at a minimum one hour of recreation outside their cells seven (7) days per week.

B. In -housing units recreational facilities.

Dayrooms offer secondary activities (board games, cards, reading, and television). Dayrooms are available 5:00 AM until lights out daily. Except during count times.

The following rules apply for television viewing:

1. Televisions will be turned off during official counts, and when it will interfere with other facility operations.
2. Volume of the television shall be kept at a reasonable level so as to not disturb other inmate/detainees or other facility operations.
3. Dayroom hours will be from 6:00 a.m. to 11:00 p.m. Sunday thru Thursday and 6:00am to 1:00am Friday and Saturday.

As previously stated, the schedule shall be strictly adhered to and no deviation is permitted unless authorized by the Chief of Security/Administration. Any requests for special scheduling shall be forwarded to the Chief of Security (Captain) for consideration. You are cautioned not to begin viewing a program that will end after the designated viewing hours, because the television will be turned off at the designated time. (11:00 p.m. Sunday thru Thursday and 1:00 am Friday and Saturday).

Outside recreation schedule will be posted in the housing units.

C. Inmates/detainees housed in Administrative Segregation may receive additional out of cell time to be determined on a case-by-case basis for such activities as socializing, watching TV, playing board games and may be assigned to work details. This will be dependent on compatibility and any security issues.

## RELIGIOUS SERVICES

All inmates/detainees will have access to religious resources, services, instruction and counseling on a voluntary basis. All inmates/detainees will be extended the greatest amount of freedom and opportunity for pursuing any legitimate religious belief or practice within the constraints of safety and security considerations. The religious service schedule is posted in your housing unit.

## PERSONAL PROPERTY

**All available items for retention by inmate/detainee in the institution may include any of the following:**

- Legal documents and papers
- family pictures (not to exceed 10)
- Religious and secular reading material (soft bound) and correspondence
- Small religious items if approved by the Warden or designee
- prescription glasses
- dentures
- address book or list of addresses of relatives, friends, and other correspondents
- Non-Approved property must be discarded or mailed home at the Detainees Expense.
- Other, as recommended by the Chief of Security (Captain) and approved by the Warden.

An inmate/detainee will be limited to the amount of property that can be stored in a standard storage bag provided by the institution. The inmate/detainee is not permitted to give or receive property to or from other inmate/detainees. Property left at the institution will be held for a period of 30 days prior to disposal.

## PERSONAL PROPERTY – ADDITIONAL INFORMATION

- The Detainee Handbook specifies those items, and amounts of each, that detainees will be allowed to keep in their possession. Detainees shall not be allowed to keep cash, but all funds shall be receipted and placed on the detainees account so that it is available for use.
- A detainee may obtain allowed copies of items contained in their A-File via a written request provided to his/her Deportation Officer.
- Excess property and /or property not allowed to remain in the detainee's possession will be inventoried by the Property Officer, a receipt provided to the detainee, and said property placed into the secured I.C.E. Property Room. Detainees wishing to mail excess property to family members or others should request that the appropriate form be provided to them. Said form should provide the address to which the property is to be mailed, and authorize the required funds to be removed from the detainees account.
- Property placed in the secured I.C.E. Property Room shall be returned to the detainee at the time of transfer, release, or removal.
- Detainees wishing to report lost and/or damaged property may do so by requesting that staff provide them with a "Lost or Damaged Property Form". The request will be processed through the appropriated channels and a timely response given to the detainee.
- Detainees may access their personal funds in order to pay for legal services by requesting that staff provide them with the appropriate form.

## Sexual Abuse/Assault Prevention & Intervention Program

### 1. Definitions

**Inmate/Detainee on Inmate/Detainee Sexual Abuse/Assault is:** one or more inmates/detainees engaging in, or attempting to engage in a sexual act with another inmate/detainee or the use of threats, intimidating (bullying), inappropriate touching, or other actions and/or communications by one or more inmates/detainees aimed at coercing and/or pressuring another inmate/detainee to engage in a sexual act.

**Staff on Inmate/Detainee Sexual Abuse/Assault is:** engaging in, or attempting to engage in a sexual act with any inmate/detainee or the intentional touching of an inmate's/detainee's genitalia, arms, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desire of any person.

**Staff Sexual Misconduct is:** sexual behavior between a staff member and an inmate/detainee which can include, but is not limited to indecent, profane or abusive language or gestures and inappropriate visual surveillance of inmates/detainees.

### 2. Prevention/Self Protection:

Avoiding Sexual Assault:
- Carry yourself in a confident manner at all times. Do not permit your emotions (fear/anxiety) to be obvious to others.
- Do not accept gifts or favors from others. Most gifts or favors come with strings attached to them.
- Do not accept an offer from another inmate/detainee to be your protector.
- Find a staff member with whom you feel comfortable discussing your fears or concerns.
- Be direct and firm if others ask you to do something you do not want to do. Do not give mixed messages to other

inmates/detainees regarding your wishes for sexual activity.

- Choose your associates wisely. Look for people who are involved in positive activities such as educational programs and religious groups.

Trust your instinct. If you sense that a situation may be dangerous, it probably is. **Remember: Sexual Abuse is a CRIME and will be investigated by law enforcement authorities.**

### 3. Reporting Sexual Assault/Abuse

If you become a victim of sexual assault/abuse, you should report it immediately to staff. Staff will offer you immediate protection from the assailant and will refer you for a medical examination and clinical assessment. You do not have to name other inmates/detainees or the staff member to receive assistance. But specific information may make it easier for staff to help you.

### 4. Intervention:

It is important to see medical staff **BEFORE** you shower, wash, drink, eat, change clothing, or use the bathroom Medical staff will examine you for injuries which may or may not be readily apparent to you. They can also check you for sexually transmitted diseases and gather any physical evidence of assault. **The individuals who sexually abuses or assaults inmates/detainees can only be disciplined and/or prosecuted if the abuse or assault is reported.**

### 5. Treatment and Counseling:

If your have been a victim of an assault by staff or inmates/detainees, you may seek counseling and/or advice from the facility's qualified and or trained mental health worker or medical personnel. Most people need help to recover from the emotional effects of sexual assault. **Do not allow shame to prevent you from seeking support and counseling.**

## SICK CALL

Sick calls at this facility are provided to all inmates/detainees from the time of admission to the time of release in order to provide continuous medical care. Inmates/Detainees needing to be seen by medical staff should submit a sick call request and place it in the box marked "Sick Call" located in your housing unit. Sick call slips can be obtained from a housing unit officer. Sick call is held Monday – Friday. If it is an emergency contact the housing officer. Sick call slips are picked up daily by the medical department. Sick call procedure is the same for general population and segregation. Placement on sick call is within 24-28 hours.

## SLEEPING AREA/SANITATION

You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily before reporting for your work assignment if applicable, or when you begin your daily routine. When your bed is not in use it has to be made! The hanging of sheets, towels, blankets or clothing from sash bars, overhead lights on beds is not permitted. Wet towels or clothing may be hung over the end of the bed only between the hours of 10:00 p.m. until 6:00 a.m.

Personal effects, to include hygiene items are to be stored neatly. Do not place items on windowsills, windows, bunks, under a mattress, etc. These items will be confiscated and removed from the area when left in unauthorized areas. It will be your responsibility to identify and reclaim the items through the appropriate shift supervisor.

## SMOKING POLICY

Smoking is prohibited in all areas of this facility.

## STAFF – INMATE/ DETAINEE COMMUNICATION

The LaSalle Corrections Southeast shall allow for formal and informal contact between key facility and ICE staff and

inmates/detainees, and to permit inmates/detainees to make written requests to staff and receive an answer in an acceptable time frame. All ICE detainees shall have the opportunity to submit written questions, requests, or concerns to ICE staff using a detainee request form, or a sheet of paper. ICE detainees have the right to correspond with ICE staff regarding their case or conditions of confinement. The Warden shall ensure that adequate supplies of ICE detainee requests and writing implements are available.

The LaSalle Corrections Southeast has written procedures to route inmate/detainee requests to appropriate officials, whether it is facility administration, U.S. Marshal's or ICE personnel. The inmate/detainee request form shall be

delivered to designated staff by authorized personnel (not inmates/detainees) without reading, altering, or delay. The inmate/detainee may, if he or she chooses, seal the request in an envelope and clearly mark the envelope with the name, title or office the request is to be forwarded to. ICE detainees correspondence to ICE staff shall be treated as Special Correspondence. Those ICE detainees wishing to mail correspondence directly to the Atlanta Field Office or Immigration Court may do so at the following addresses: Immigration and Customs Enforcement Atlanta Field Office 180 Ted Turner Dr. SW Atlanta, GA 30303, Executive Office for Immigration Review Lobby Level 180 Ted Turner Dr. SW Atlanta, GA 30303.

An inmate/detainee may obtain assistance from another inmate/detainee, housing officer, or other facility staff in preparing a request form. The Warden shall ensure that the standard operating procedures cover inmates/detainees with special requirements, including those who are disabled, illiterate, or know little or no English. The facility will accommodate the special assistance needs of such inmates/detainees in making a request.

This procedure is not to be used for submitting formal grievances. Formal grievances shall be submitted according to the specified procedures. However, the procedures outlined here may be used to resolve informal grievances.

An ICE detainee, or his/her legal representative, may submit the request for permission to marry to the Field Office Director in writing. The request must specifically address the following: 1. that the detainee is legally eligible to be married in the state where the detainee is being held, 2.The request must be accompanied by the intended spouse's written affirmation of intent to marry the detainee. Marriage requests are considered on a case by case basis. If approved, the detainee shall be notified by the facility administrator or Field Office staff in a timely manner.

## UNAUTHORIZED PROPERTY

Items not inherently illegal, which are considered contraband when, possessed by an inmate/detainee or visitor within the facility including but not limited to; any approved item which, though approved, is in excess of the quantity allowed.

### Telmate (Tablet) Information:

### Placing money on the tablets:

**Telmate (Tablets)**
**866-516-0115**
**www.gettingout.com**
**Note – Contact Telmate agent concerning handling fees that may be applied.**

### Tablet Instructions

● Tablet hours: Sun - Thur 7:15 AM to 10:30 PM Fri – Sat 7:15 AM to 12:30 AM
● Leave on charging station when not in use
● Use the top left button on the side of the case to turn on tablet
● Select English, Spanish, or French from the dropdown box on the top right of the screen

● Use your 6-digit PIN and put your face in the box on the screen to log in
● The Tablet will log you out after 5 minutes of inactivity. You will continue being charged as long as you are logged into the Tablet.
● Tablets will be turned off during count.

**3 Choices – Free, Standard and Promotional Profiles**
  ● Free Profile Content
        ○ Help videos – English and Spanish
        ○ Pro Bono numbers ○ Prepaid account balance and activity
        ○ Request and Grievance Forms
        ○ Contacts
○ Religious sites, legal research site
● Standard – 5 cents per minute
        ○ Games, Music, Books
        ○ News, Sports, Religious websites
        ○ Photos – you receive photos, you cannot send them
        ○ Contacts
                ■ You must send an email invitation through the 'Contacts' button before you can send messages or receive photos
                ■ Your friend or family must agree and set up an account
                ■ An email can be sent and an account set up from anywhere in the world
                ■ Your friend or family pays 25 cents for each photo or message sent to you
● Promotional - 3 cents per minute
        ○ Movies (English and Spanish )
        ○ Messaging - you can receive and send messages
**Any questions please use the Tablet Feedback form located in the Free Profile under the Requests button. You will receive a response in 24 to 48 hours.**
**Tablets are a PRIVILEGE not a RIGHT. They can and will be restricted if misused or broken.**

**All Charges made from your PIN are your responsibility. KEEP YOUR PIN PRIVATE. Irwin County Detention Center, LaSalle Corrections and Telmate are not responsible for stolen PINs or Pins that you allow someone to use.**

**Re: Video Visitation**

The following actions will result in the video visitation being suspended indefinitely:

-Any inmates/detainees that are not fully dressed during the video visit.

-Unauthorized use of a tablet pin other than the pin assigned at Intake.

-Scheduled visitors who operate any type of equipment or automobile during the video visit session.

-Scheduled visitors who show any documentation or video chats from additional phones or other devices.

**\*\* Should you use the Tablet for Attorney communication, be aware that there is no Attorney Confidentiality Barrier in place – all communication(s) are subject to  visual and/or review.**

## VENDING MACHINES OR COMMISSARY

Inmates/Detainees have the opportunity to purchase items from the facility Commissary. Any items that are approved to have in the facility but are not sold through the Commissary will need to have the Warden's permission, or prior approval. Items may be sent back at the inmate's/detainee's expense.

Vending machines are not accessible to inmate/detainees at this facility. It is facility policy that detainees will not possess currency of any form while detained at this facility, it is considered contraband.

## VISITATION

Inmates/Detainees are allowed one (1) visit per week, for one (1) hour, two (2) adults and three (3) children per visit. Disruptive conduct by either party will result in the termination of the visit and may have an adverse affect on future visits. If your visitor(s) bring children (15 years of age or younger) they are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others who have visitor(s). Visitor(s) must be in appropriate and socially accepted attire. If there are more visitors than can be accommodated in the visiting room, it may necessary to limit visits to lesser

periods of time. You are not allowed to accept any item from a visitor(s) unless approved by appropriate supervisory personnel beforehand.

You should discourage your visitor(s) from bringing large quantities of hand carried parcels or other items, to include packages. The visitor(s) may be required to leave such items in a locker or their vehicle. All of your visitors and any hand held item(s) are subject to a search. Visitors will leave cell phones in their vehicle or secure it in one of the lockers at the registration desk.

### Visitation Hours

| | |
|---|---|
| Thursday | 8:00AM – 12:00PM – County and U.S. Marshal (Male Inmates) |
| | 1:00PM – 5:00PM - ICE (Male Detainees) |
| Friday - | 8:00AM – 12:00PM – ICE (Female Detainees) |
| | 1:00PM – 5:00PM County and U.S. Marshal (Female Inmates) |
| Saturday - | 8:00AM – 12:00PM – County and U.S. Marshal (Male Inmates) |
| | 1:00PM – 5:00PM – ICE (Male Detainees) |
| Sunday - | 8:00AM – 12:00PM – County and U.S. Marshal (Female Inmates) |
| | 1:00PM – 5:00PM – ICE (Female Detainees) |

## VISITATION RULES-VISITORS

All visitors and Detainees must adhere to Visitation rules, regulations, and guidelines. Any person entering the facility is subject to personal and/or vehicular search at the discretion of the Shift Supervisor. It is the responsibility of the inmate/detainee to notify visitors of these rules prior to any visitation.

1. Adult visitors (16 years of age or older) must have a valid government issued picture ID.

2. Only two (2) adult and three (3) children per visit. The visiting adult shall be responsible for the supervision and

control of all children under the age of 15.

3. Visitor possessions are limited to a valid picture ID, $10.00 cash and keys to their vehicle. Visitors with infants are authorized 1 bottle, 1 diaper, and 1 small blanket.

4. The LaSalle Corrections Southeast does not provide transportation for inmate/detainee visitors.

5. Former detainee(s) or aliens in proceedings and are requesting to visit a detainee will be referred to the Warden or ICE Field Office.

The following items of clothing are not acceptable while in the visitation area: Shorts, regardless of length, halter tops, tube tops, and sleeveless tops. The Warden or his/her designee will have the final decision on questionable visitor attire. You should advise your visitors of the dress requirements to preclude them from being denied visitation privileges.

Visitation may be denied or terminated under the following circumstances:

1.  The visitor(s) appears to be under the influence of drugs or alcohol.
2.  The visitor fails to produce sufficient identification or falsifies the identifying information.
3.  Reasonable suspicion exists that the visitor may endanger the security and order of the facility.
4.  The visitor refuses to submit to a scanning or pat search.
5.  The visitor is in violation of facility rules or regulations.
6.  Insufficient space.
7.  Unforeseen emergencies within the facility.
8.  The visitor attempts to bring any item that is considered a security threat onto the facility grounds.
9.  Inappropriate contact or conduct by either an Inmate/Detainee or visitor is prohibited and may be cause for termination of the visit.

**Visitation for Immediate Family Members Detained at ICDC:**

Immediate family members detained at Irwin County Detention Center will be permitted to have a non-contact visit with each other. Visitation hours will be on Monday's only at 5pm-6pm excluding holidays. If Monday is a holiday, then it will be the next business day (Tuesday).

Immediate family may include: Mothers, fathers, stepparents, foster parents, brothers, sisters, step brothers, step sisters, biological and adopted children, stepchildren, foster children, and spouses, including common-law spouses.

The detainee must request in writing for an appointment to visit with his/her immediate family member before the close of business day on Thursday the week prior to visitation in order to authenticate the relationship between the two. If the relationship is confirmed by ICE/ERO, then the visitation appointment will be set.

Each detainee is allowed one visit for one hour per week. Visitation with a detained family member will count as the one visit for the week. No other visitation time will be scheduled.

**Video Visitation** is also available. For more information look on pages 35 – 36 under Tablets/Video Visitation.

## <u>VOLUNTARY WORK PROGRAM</u>
Every effort will be made to provide you an opportunity to participate in the voluntary work program. You shall be required to sign a voluntary work program statement and receive necessary training. **The work programs are strictly voluntary.** Inmates/Detainees must have both medical and classification clearance to participate in the work program. Inmates/Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and unexcused

absences from work or unsatisfactory work performance could result in removal from the voluntary work program. Inmates/Detainees will be assigned jobs and may have their job changed or taken at any time as a result of disciplinary action. No inmate/detainee may hold more than one full time position. LaSalle Corrections Southeast will not discriminate on basis of disability, race, age, or gender.

_____

**Reviewed and approved**                                                **Date:**

**Jail Administrator or designee.**                                          _____