# Irwin County Detention Center

## Formal Grievance Form

Date: _____          Grievance #: _____

Inmate/Detainee Name: _____          Inmate/Detainee #: _____

Complaint:_____
_____
_____
_____
_____

Witnesses: _____

_____

_____

_____          _____

Inmate/Detainee Signature          Date

Response/Resolution: _____
_____
_____
_____
_____

_____          _____

Inmate/Detainee Signature          Date:

_____          _____

Staff Name/Signature          Date:

**EXHIBIT A-2**