AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-03462-CAS-MAA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the Middle District of Georgia
was received by me on *(date)* 5/5/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed this summons and the complaint in this case via USPS Certified Mail with tracking number 70160910000147417462 to the federal Defendant as required by Fed. R. Civ. P. 4(i). USPS.com shows that USPS successfully delivered the summons and complaint on June 29, 2022.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 06/29/2021

/s Jeremy Jong
*Server's signature*

Jeremy Jong, Staff Attorney
*Printed name and title*

3511 Banks St.
New Orleans, LA 70119
jeremy@alotrolado.org
*Server's address*

Additional information regarding attempted service, etc: