Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

# Sureste de correcciones de LaSalle

# Preso/detenido

# Manual

EXHIBIT
B

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

**SURESTE DE CORRECCIONES DE LASALLE**
**Preso/detenido Manual**

*TABLA DE CONTENIDO*

| CONTENIDO | NÚMERO DE PÁGINA |
|---|---|
| Tabla de contenido | 1 |
| Listas de funcionarios | 2 |
| Introducción/misión | 2 |
| Propósito | 2 |
| Acceso a teléfono | 4-5 |
| Archivo extraterrestre (detenidos de ICE) | 5 |
| Abogado visitas | 5 |
| Servicio de peluquería | 5 |
| Responsabilidades básicas del preso/detenido | 5-6 |
| Clasificación | 6-7 |
| Ropa | 7-8 |
| Procedimientos de Comisario | 8 |
| Contrabando | 8-9 |
| Correspondencia (correo) | 9-10 |
| Detención y clasificación archivo | 10 |
| Código de vestir | 10 |
| Simulacros de evacuación | 10 |
| Procedimientos de reclamación | 11-12 |
| Grupo presentaciones legales para los detenidos de ICE | 12 |
| Admisión inicial | 12-14 |
| Responsabilidades y derechos del recluso/detenidos | 14-15 |
| Preso/detenido disciplinario y el debido proceso | 15-24 |
| Inspección de persona y propiedad | 24 |
| Biblioteca de derecho | 24 |
| Biblioteca | 24-25 |
| Condiciones de vida | 25 |
| Dirección de correo | 25 |
| Comidas | 26 |
| Atención médica | 26 |
| Categorías de delito | 26-31 |
| Cuenta oficial | 31 |
| Higiene personal | 31 |
| Recreación | 31-32 |
| Servicios religiosos | 32 |
| Propiedad personal | 32 |
| Programa de intervención y prevención del abuso/asalto sexual | 33 |
| Sick Call | 34 |
| Área para dormir y el saneamiento ambiental | 34 |
| Política para fumadores | 34 |
| Comunicación personal-preso/detenido | 34-35 |
| Propiedad no autorizado | 35 |
| Tabletas/Video visitas | 35 - 36 |
| Máquinas expendedoras o Comisario | 36 |
| Visitas | 36 - 37 |

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

| | |
|---|---|
| Reglas de visitación | 37-38 |
| Programa de voluntariado | 38 |
| Horario de servicio de lavandería | 39-40 |
| | |
| | |

### FUNCIONARIOS EN EL SURESTE DE CORRECCIONES DE LASALLE

El método oficial y homologado de presentar una petición a un funcionario es mediante el formulario de solicitud al oficial. El formulario debe contener información específica, asistencia deseado o el problema. ** Falta idioma o maldecir no se escribirá en estos request.* * A detenido podrá obtener ayuda de otro detenido o miembro del personal en la preparación de un formulario de solicitud. Este procedimiento no debe ser utilizado para la presentación de quejas formales.

| | |
|---|---|
| Alcaide | El Sr. Paulk |
| Director General Adjunto | El Sr. Albright |
| Principales | Mayor Battle |
| Capitán | Capitán Richardson |
| Administrador de servicios de preso/detenido | La Sra. George |
| Gerente de servicio de alimentos | La Sra. Williams |
| Administrador de caso de clasificación | La Sra. Rosado/Sra. Burgess/Sra. Jones |
| Director médico | Sra. Cole |
| Supervisor de mantenimiento | El Sr. McCranie |
| Admisión y transporte | Holden la Sra. / el Sr. Tyson |
| Oficial de servicio de lavandería | La Sra. Austin / Sra. Chatfield |
| Oficial de la oficina de correos | La Sra. Moore/Sra. Richey |
| Negocios/finanzas | Reales de la Sra. |
| Oficial de propiedad | La Sra. Holden |
| **LISTA DE ENRUTAMIENTO PARA LOS FORMULARIOS "SOLICITUD DE OFICIALES"** | |
| Programas y actividades | Director General Adjunto |
| Cuestiones disciplinarias | Comandante / capitán |
| Amenazas contra la seguridad del | Supervisor de turno/capitán/mayor / o. Sargento |
| Cuestión de la propiedad | Oficial de propiedad |
| Necesidades y lavandería | Gerente de lavandería |
| Correo | Correo Coordinador |
| Cuestiones jurídicas | Bibliotecario de la ley |
| Commissary | Encargado de economato |
| Problemas con el personal | Alcaide |
| Llamadas de emergencia | Administrador de casos |
| Llamadas de teléfono regulares | Capitán |
| Vivienda y empleo | Administrador de casos |
| Información de visitas | Administrador de casos |
| Comentarios y decisiones de clasificación | Caso del pesebre |
| Queja | Administrador de servicios de preso/detenido |
| Fondo Fiduciario de preso/detenido | Gerente de negocios |
| Actividades religiosas | Administrador de casos |

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

## INTRODUCCIÓN/MISIÓN

La misión del sureste de correcciones de LaSalle en Ocilla, Georgia es proporcionar un servicio que es segura y sanitaria para los reclusos y los detenidos.

## PROPÓSITO

El propósito de este manual es explicar las normas específicas, reglamentos, políticas y procedimientos que deben seguir estando bajo custodia en esta instalación. El manual también ayudará a proporcionar una visión general de los programas, normas, reglamentos y servicios de la instalación. Usted tendrá lugar rendir cuentas por sus acciones en custodia en esta instalación. Por lo tanto, es responsabilidad de cada preso/detenido para familiarizarse con el contenido de este manual.

Se emitirá una copia de este manual para cada preso/detenido sobre consumo y ciertas secciones se publican en el la pared en cada unidad de vivienda y otros boletines a través de la instalación. Todos los presos/detenidos están obligados a reconocer, por firma, recibo del manual.

## ACCESO A TELÉFONO

Disponen de teléfonos todos los dormitorios y áreas de vivienda para su uso. Acceso a dispositivos TTY está disponible para todos los presos/detenidos.

Cuando la alta demanda de teléfono se espera que límite sus llamadas a 15 minutos para permitir que otros privilegios de el mismo teléfono. Los teléfonos están disponibles para su uso entre las horas de 5:00 a 23:00 uso del teléfono no está permitido durante la cuenta. En caso de emergencia, tales como enfermedad o la muerte de su familia; su oficial unidad de vivienda le puede ayudar a hacer llamadas telefónicas cuando acceso a los teléfonos normalmente no estaría disponible. Rutina llamadas telefónicas a los abogados no son considera que las situaciones de emergencia. Todas las llamadas deben hacerse recoger o a través de la compra de una tarjeta de visita de Comisario. **Todos los teléfonos se apagan automáticamente en 23:00 del domingo al jueves y 1:00 el viernes y el sábado. Pueden controlarse todas las llamadas de teléfono.**

### Llamadas telefónicas y reuniones virtuales

Llamadas sin control pueden hacerse a los abogados de tres maneras:

1. Abogados que deseen solicitar una cita deben comunicarse con la Secretaria de la biblioteca de derecho con un aviso de 24 horas de la cita. Si no llegan a la Secretaria de la biblioteca de derecho simplemente deben dejar los siguientes datos en el contestador.
   - Nombre completo del abogado
   - Información de contacto del abogado que incluye todos teléfono números y correo electrónico.
   - Nombre y el ID # del cliente

   El Secretario de la biblioteca se pondrá en contacto con el abogado o el punto de contacto y programar una llamada privada en un momento en que es conveniente para el abogado y Secretario de la biblioteca de derecho.

2. <u>Hielo detenidos sólo:</u> Abogados y representantes reeditados podrán solicitar reuniones virtuales con sus clientes 24 horas antes de la reunión solicitada por correo electrónico a Irwinice@irwincdc.com . Deben incluir la siguiente información en su correo electrónico:
   - Nombre completo del abogado

Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

- Información de contacto del abogado que incluye todos teléfono números y correo electrónico.
- Nombre y el ID # del cliente.

El Secretario de la biblioteca se pondrá en contacto con el abogado o el punto de contacto y programar una reunión virtual en un momento en que es conveniente para el abogado y Secretario de la biblioteca de derecho.

Las visitas se programarán durante 60 minutos y terminarán automáticamente.

Los representantes legales deberá mostrar una identificación adecuada, como la tarjeta de cualquier Estado u otra documentación disponible que demuestra calidad de miembro de la barra, la barra, es necesaria para en persona visitas. Además, los abogados deberán proporcionar una identificación emitida por el gobierno.

3. Llamadas legales sin control puede hacerse a través del sistema de teléfono de preso/detenido. *Sólo el Representante Legal puede configurar la cuenta de .* El abogado del registro puede configurar una cuenta a través de la compañía telefónica por correo electrónico una solicitud en papel con su membrete a gasupport@solutionsgroup.com. El Representante Legal debe incluir la instalación ID # 24027 a petición.

Detenidos de ICE sólo que son indigente puede solicitar una llamada a la familia inmediata o a otros en emergencias personales o familiares o por una necesidad imperiosa.

### ARCHIVO extraterrestre (para los detenidos de ICE)

El Departamento de deportación de ICE mantendrán un registro legal de inmigración comúnmente se llama un archivo de "A" para cada individuo. Este "Un" archivo contiene sus transacciones legales y documentación referente a su caso; incluyendo pero no limitado a tarjetas de identificación, pasaportes, fotos e historia de la inmigración.

### ABOGADO VISITAS

Representantes legales o Procuradores pueden visitar a los presos/detenidos siete 7 días a la semana generalmente entre las horas de 8:00 a 17:00 Si es necesario, se le dará la opción de reunirse con su representante legal durante las horas de comida y proporcionará un menú bandeja o saco comida. Cancelaciones de cita no será realizado en su nombre por, o a través, de un oficial o a otro preso/detenido.

### SERVICIO DE BARBERÍA

Servicios de barbería gratuitas estará disponibles el lunes al viernes entre las horas de 19:30 a 4:30 h. para los dormitorios. Arreglos se harán para ver que todos los trabajadores de detalle tendrá la oportunidad de recibir servicios de barbería durante el lunes a horario del viernes. Los horarios de peluquería se encuentran en la pared en cada unidad de vivienda. Por razones sanitarias, está terminantemente prohibido el corte de pelo en el dormitorio. También está prohibido cortar el pelo o posea recortes de pelo, ya sea su propio u otros. El supervisor de turno de guardia es para asegurar que los detenidos reciban la oportunidad de recibir un corte de pelo. Detenidos con corte gozan de apariencias-cortes de pelo la noche antes de su aspecto de corte. Horas de peluquería están sujetas a cambios y horarios se publicarán en las unidades de vivienda.

Barberos o esteticistas no dar servicio a cualquier detenido cuando se inflama la piel de la cara, el cuello o el cuero cabelludo del detenido, o cuando allí se escala, pus u otras erupciones de la piel, a menos que el servicio de esto

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

detenido se realiza conforme a la específica autorización del director médico. Ninguna persona que está infestada de piojos de la cabeza será notificada.

### BASIC Preso/detenido responsabilidades

Es la política del sureste de correcciones de LaSalle para tratar presos/detenidos con dignidad y respeto mientras se mantiene un centro de detención segura y sanitaria. Es espera que el personal reciba su plena cooperación mientras espera el procesamiento de su caso. En términos más simples, se espera que usted:

      1. seguir y obedecer las reglas, leyes, políticas y procedimientos.
    2. obedecer <u>todas</u> las órdenes indicadas por los miembros del personal.
    3. en todo momento el respeto personal y otros presos/detenidos.
    4. respetar la propiedad de instalaciones y la propiedad de otros.
      5. mantenerse, su área de vida y ropa limpia en todo momento.
      6. obedecer a <u>todos</u> los de seguridad, normas de seguridad y saneamiento
          ambiental, políticas y procedimientos.

Si usted observa y cumple con los lineamientos anteriores, usted no debe tener problemas mientras vivía en este centro. Al abordar el personal, no consulte a ellos por nombre o apodo creado por otros. Consulte al personal de uniformados por su nombre espeso y pasado (es decir, oficial de Cohen, máquina de afeitar de Lt, etcetera).

Consulte al personal no uniformado por el título y el apellido (es decir, el Dr. Jones, Clark enfermera) o Sr., señora o Sra., seguido de su apellido. Los miembros del personal ocupará de la misma manera si saben su nombre. Es razonable esperar que el oficial saber todos presos/detenidos dentro de las instalaciones por su nombre. Sin embargo, el oficial o miembro del personal le tratará de manera adecuada.


### CLASIFICACIÓN

Se clasifican todos los preso/detenidos a su llegada, antes de ser admitidos en la población general. El sistema de clasificación se asegurará de que se colocan en la categoría adecuada y físicamente separados de preso/detenidos en otras categorías.

Usted será ubicado, recreado y alimentado según su clasificación.

Presos/detenidos serán entrevistados por el Comité de clasificación. El Comité de clasificación determinará su

nivel de custodia en base a su expediente total e institucional llevan a cabo. Presos/detenidos pueden apelar su estatus de clasificación designados por presentar una queja.

Clasificación de los detenidos de ICE:

Bajo custodia (Sólo para detenidos de ICE)

    a. no pueden mezclar con medio alto o alto custodia presos/detenidos

    b. no incluir a cualquier detenido con una convicción de delito grave que incluía un acto de violencia física.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

c. no incluir a detenido con una convicción de delito mayor agravado.

d. pueden ser a detenidos con antecedentes penales de menores y delitos no violentos.

Custodia mediana (Sólo para detenidos de ICE)

**a.** No puede incluir ningún detenido cuya más reciente condena fue por cualquier delito enumerado en la sección "Más alta" de las directrices de la ofensa de gravedad.

**b.** No puede incluir a ningún detenido con un patrón o una historia de ataques violentos, ya sea condenado o no. Se considera un patrón establecido para fines de esta directriz, cuando un registro de detención revela dos o más arrestos en un periodo de 5 años para el asalto donde fue utilizada fuerza contra otra persona con la intención de cometer lesiones.

**c.** No puede incluir ningún detenido condenado por agresión a un Oficial Correccional en custodia o donde registro institucional de una persona sugiere un patrón de ataques mientras estaba en custodia.

Alta (Sólo para detenidos de ICE)

**a.** Puede incluir los detenidos reclasificados de nivel uno y nivel dos por incidentes institucionales o cambio información clasificación.

**b.** Puede ser reclasificado a nivel dos sólo basado en el comportamiento de la institucional siempre 2a a 2C arriba no se aplican (detenido debe estar en custodia un mínimo de 60 días antes de la reclasificación) nivel 3 presos/detenidos se consideran una categoría de alto riesgo que requieren medio a la vivienda de máxima seguridad. Nivel 3 detenidos son siempre controlados y escoltados.

Apelaciones de : (Sólo para detenidos de ICE)

**1.** Todas las nuevas llegadas clasificadas como nivel 2 o nivel 3 puede apelar la clasificación mediante el sistema de quejas. Todas las apelaciones serán dirigidas a investigado y reconsiderada por los oficiales de revisión, que remitirá una recomendación al jefe de seguridad (capitán).

**2.** El director tiene la autoridad para valorar un nivel de clasificación en la apelación.

**3.** De apelaciones será lanzado dentro de 5 días hábiles con la notificación de los resultados entregados a la detenida dentro de 10 días hábiles. La notificación incluirá la fecha y hora de revisión, motivos para la decisión de conceder o denegar la apelación y nota el derecho del detenido a apelar la decisión del Director General

a la oficina de campo de hielo. La oficina de campo de hielo notificará al detenido de su decisión dentro de 10 días hábiles.

CLASIFICACIÓN de la vivienda (sólo para detenidos de ICE)

1. Los detenidos bajo custodia alta no pueden ser ubicados con los detenidos bajo custodia.

Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

2. Detenidos bajo custodia de bajo y medio – detenidos bajo custodia pueden ser alojados juntos, y detenidos bajo custodia alta y media alta custodia detenidos pueden alojados juntos:

3. Medio-bajo custodia detenidos son aquellos sin antecedentes de violentos o los cargos o convicciones, sin conducta institucional y ninguna afiliación con pandillas.

4. Medio alto custodia detenidos son aquellos con una historia de violentos o los cargos, convicciones, mala conducta institucional o con una afiliación con pandillas.

## ROPA

El uniforme básico para los presos/detenidos será distintivo en aspecto en cuanto a identificar al preso/detenido. En el sureste de correcciones de LaSalle, hombre detenidos hielo ropa overoles naranja, trabajadores detalle de cocina (machos y hembras) desgaste overoles blancos y mujeres detenidos de ICE usan overoles azules marino. Todos los trabajadores otro detalle (camilleros de dormitorio, los trabajadores de saneamiento, etc.) usan el uniforme regular basado en su género.

Población en general los presos/detenidos en todas las áreas de la vida:

A. Todos emitidos ropa serán usados como se indica en las instrucciones siguientes y de ninguna otra manera. Estos requisitos son esenciales para asegurar el cumplimiento de la seguridad, higiene y conducta en el ámbito de la propiedad para todas las personas.

B. Ropa debe ser limpia y no rasgada cuando siendo usado me n adición:

1. ropa interior puede ser usada sin llevar su uniforme únicamente dentro de su cama o los baños.

2. calcetines a usarse con calzado emitida fuera del área de vivienda.

3. se que usar zapatos en todo momento cuando fuera de la unidad de vivienda

4. sombreros u otra cubierta de la cabeza no estarán autorizado para la población en general. Arnés religioso serán aprobado por el director adjunto.

5. presos/detenidos vestirá un uniforme completo (traje de salto y zapatos) en todo momento mientras que en el comedor, departamento médico, Tribunal, durante servicios religiosos y visitas todos.

6. overoles se llevarse suelto bastante para que el pliegue de las nalgas, se impide que muestra.

7. presos/detenidos no debe caminar sobre la instalación con sus manos dentro de la pretina de monos en lugar, presos/detenidos caminará con sus manos detrás de su espalda.

8. ningún artículo de la ropa será usado de manera adecuada no normalmente para ese elemento (usando una camisa como una banda de cabeza o cubierta de la cabeza, etcetera.).

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

## PROCEDIMIENTOS DE COMISARIO

A. presos/detenidos tendrán la oportunidad de comprar artículos de la Comisaria en un mínimo de una vez por semana. Presos/detenidos todos no en la unidad de vivienda (asistencia a cualquier programa, médico, biblioteca, corte o visitación, etc.) cuando se llama Comisario tendrá que esperar hasta el siguiente día hábil.

B. los presos/detenidos sólo pueden comprar Comisario para su propio uso o consumo. Pueden colocar límites en cantidad de artículos para asegurar la mayor accesibilidad posible.

Comisario de C. días y orden forma recogida en el tiempo se publicará en cada dormitorio. Pregunta el oficial de cubierta para hacer órdenes finales de la Comisaria - no se aceptarán.

D. interno/detenidos recibirán sus compras de economato en sus unidades de vivienda asignado o designado lugar determinado por la administración.

Días E. Economato se pueden cambiar basado en vacaciones o necesidades de seguridad.

F el. todas las ventas son finales. El preso/detenido es responsable por asegurarse de que todos los artículos y cantidades en el recibo de venta son correctas antes de firmarlo. Una vez realizada la transacción no se realizará correcciones.

## CONTRABANDO

Artículos que se consideran un perjuicio para el funcionamiento seguro y ordenado de la instalación están prohibidos. Artículos de contrabando incluyen pero no se limitan a:

1. Cualquier droga peligrosa, droga narcótica, marihuana, embriagador licor de ningún tipo, armas mortales, instrumentos peligrosos, explosivos o cualquier otro artículo que, usado o poseído, pondría en peligro la preservación del orden en el centro.

2. Cualquier artículo que podría ser utilizado como ayudante para escapar de.

3. Cualquier artículo que podría ser utilizado para disfrazar o alterar el aspecto de un preso/detenido.

4. Cualquier artículo de ropa o artículos para uso personal o consumo que no se ha borrado primero a través de la Comisaria.

5. Cámaras, audio video, o equipos que pueden utilizarse para realizar grabaciones de audio o audio/video de fotografías no autorizadas, de presos/detenidos, personal o instalaciones propiedad.

Presos/detenidos recibirán la forma de confiscación y disposición de la notificación de contrabando.

## CORRESPONDENCIA

Puede enviar o recibir correo a o de cualquier persona que usted conoce personalmente excepto otros presos/detenidos de este o cualquier otro medio. Usted no puede sellar su saliente Letras; sólo colóquelo en el recipiente suministrado. Dibujo en los sobres salientes ya no está prohibido.

Todo el correo entrante y saliente general será abierto, escaneado e inspeccionado por contrabando físico. Si hay algún motivo

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

correo no se entregará al preso/detenido un rechazo aviso se emitirá con el preso/detenido, y la carta se enviará nuevo retorno al remitente. Razones para rechazos están publicados en cada dormitorio. Si usted recibe correo legal, se abrirá en su presencia para inspeccionar por contrabando. Si no aceptar la carta o permiso de la letra para ser inspeccionado en su presencia, se devolverán al remitente.

No se le permitirá recibir o enviar paquetes sin arreglos de avance, aprobados por el instalaciones Warden o su designado. El franqueo para el envío paquetes y correo sobredimensionado o con sobrepeso se pagará por usted. Se inspeccionará el contenido de todos los paquetes entrantes o salientes. Cuando se sale de la instalación, su correo entrante se enviará a su dirección de envío. Si no proporcionas una dirección de reenvío, su correo será aprobado, "No hay dirección de reenvío, devolver al remitente." Todos los correos se devolverán a la oficina de correos.

A continuación servirá como una guía en cuanto a cómo todos saliente correo debe dirigirse. También indicará cuánto franqueo tendrá para otros países.

**Nombre del sello**                                                                                                      **Sello**
**IDENTIFICACIÓN,**
**Nombre**
**132 Cotton Dr.**
**Ocilla, GA 31774**

**Nombre**
**Dirección**
**Ciudad, estado, código postal**

Tenga en cuenta que toda salida "especial la correspondencia", tales como abogado, servicio de Marshal de los Estados Unidos, hielo o tribunales, deberán identificarse como tal poniendo "Legal" en la envoltura.

Recuerde que el Servicio Postal de Estados Unidos pueden regresar tu mail para franqueo adicional si excede el límite de peso. (Precios pueden cambiar sin previo aviso)
$0,55, 1 onza U.S.
$1,15, 1oz México
$1,15, 1 onza internacional, Brasil, Honduras, Guatemala, Perú, El Salvador

**Instrucciones para suministros de indigentes:**
A su llegada al sureste de correcciones de LaSalle, usted puede enviar un formulario de solicitud interno dirigido a la sala de correo oficial. Sobre recibo de su oficial a la solicitud el funcionario de la oficina de correos emitirá suministros si usted califica. Cualquier detenido hielo con menos de 15,00 $ en su cuenta se considera indigente y contará con gastos de envío por correo al menos cinco piezas de correspondencia especial, tres piezas de correspondencia y paquetes considerados necesarios por el hielo, por semana. Los presos federales y locales deben tener un saldo de $15.00 o menos para un período de 30 días consecutivos para tener derecho a indigentes fuentes y contará con cinco sobres de tamaño legal, cinco hojas de papel y un lápiz. Usted debe presentar una solicitud cada semana.

**Nota: Gastos de envío se añadirá a su letra en su salida.**

**DETENCIÓN Y CLASIFICACIÓN ARCHIVO**

Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

Se mantiene un registro de detención y clasificación para cada individuo. Este registro de detención/clasificación no incluirá menos de los siguientes:

      1. acción disciplinaria instalaciones.
      2. comportamiento informes
      3. reserva documentos.
      4. fondos, objetos valiosos y los recibos de la propiedad.
      5. preso solicitud por escrito del detenido, las quejas y problemas, incluyendo respuestas de inmigración
      6. cualquier otro documento relevante para un archivo de clasificación, incluyendo registros de unidad de vivienda especial.

## CÓDIGO DE VESTIMENTA DE PRESO/DETENIDO

Presos/detenidos están obligados a mantenerse limpio, usar ropa adecuada y calzado durante todas las actividades. Presos / detenidos se les recuerdos que falta de higiene, un saneamiento deficiente y no llevar ropa adecuada y calzado pueden causar conflicto con sus compañeros y otras personas y pueden tener un impacto negativo sobre la salud y la seguridad de usted y de otros. No cumplir con el código de vestimenta y normas de la preparación en última instancia se convertirá en un problema que requiere la intervención personal en el formulario de acción disciplinaria apropiada para corregir la situación.

A. En LaSalle correcciones sureste, hombre detenidos hielo usan overoles naranja y mujeres detenidos de ICE desgaste MARINO blue.jumpsuit.

B. Ordinariamente, los presos/detenidos pueden llevar cualquier peinado siempre y cuando no interfiera con los requisitos de higiene y seguridad.

## SIMULACROS DE EVACUACIÓN

Según las leyes locales, estatales y federales, estamos obligados a realizar simulacros de evacuación. En este centro, realizamos nada menos que una perforación en cada turno por mes. Estos ejercicios no están diseñados para inconveniencia usted, pero más bien para asegurar que sabes donde las salidas se encuentran en el caso de un peligro real como de fuego, de gas, fugas, desastres civiles u otros peligros. En su unidad de vivienda es un diagrama que muestra la ubicación de todas las salidas y que sale al usar el fuego. Estudiar este diagrama ubicado en su vivienda, su vida puede depender de ello

## PROCEDIMIENTO DE QUEJAS

No acoso, castigo o sanción dará lugar a un preso/detenido que busca la resolución de las quejas legítimas de buena fe. Sin embargo, si usted demuestra un patrón de abuso del sistema de quejas, dando por resultado cargas innecesarias a costa de las quejas legítimas, tales quejas se devolverá sin procesar. Abuso continuado puede resultar en una acción adversa contra usted. Te animamos a intentar resolver todas quejas con la cadena de mando antes de presentar la queja.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Hay un proceso informal para resolver quejas. Usted tiene el derecho a cambiar una queja informal a una queja formal en cualquier momento durante el proceso. Puede escribir su queja en un formulario de solicitud o llenar el formulario en la tableta de Telmate. Las tabletas de Telmate tienen la forma de quejas en solicitudes. Estas formas escritas a mano contáctese con su oficial de dormitorio. Su queja se responderá dentro de dos o tres días. Si la cumple es un tema de no queja, la respuesta indicará eso. Si usted tiene una queja número y desea presentar una queja formal, uno se proporcionará a usted y la asistencia si es necesario.

No puede presentar una queja en nombre de otro detenido. Sin embargo, usted puede buscar ayuda de otro detenido o miembro del personal en la preparación de su queja.

Una queja puede ser iniciada de pero no limitada a cualquiera de los siguientes razones:

- una supuesta violacion de los derechos civiles, constitucionales o legales o de política
- un presunto delincuente o acto prohibido por un personal miembro
- para resolver una condición existente dentro de la LaSalle sureste de correcciones que crea inseguras o insalubres condiciones de vida
- para apelar una decisión de la Comisión de disciplina, tales como modificación de visitas restringidas, correspondencias, u otros privilegios; revocación de la sanción y cancelación de registros en casos donde se encuentran los cargos no soportable.
- Problemas médicos

Se puede presentar sólo por sí mismo, aunque un preso/detenido puede ayudar a otro preso/detenido en presentar una queja. Queja puede ser presentada en cualquier momento por un solo incidente o artículo de interés. Usted puede retirar una queja presentada anteriormente en cualquier momento. Usted puede presentar una queja formal y por escrito no más tarde de **5 días** después del evento o la conclusión de una queja informal. Una queja presentada inadecuadamente o uno que se dirige hacia un problema de agravio no será devuelto . Una vez que haya completado el formulario de queja pueden ser colocado en las cajas de queja situada en el interior todos los dormitorios y bloques de celdas, o a cualquier miembro del personal. La resolución final del escrito será devuelto a usted dentro de los **15 trabajando días** de recibo, salvo en los casos disciplinarios. Apelación de medidas disciplinarias será referidos directamente a la Alcaide. Si son satisfechos por la resolución final de un reclamo tendrá **5 días hábiles** después de la notificación de la decisión de apelar al director general. El Alcaide tendrá **5 días hábiles** para tomar una determinación sobre la apelación y contestar, excepto en casos disciplinarios. (Detenidos de hielo: puede apelación al I.C.E. del distrito Vienes y tengan la resolución final a su queja. Una copia de su queja se mantendrá en su archivo por un periodo de 3 años.

Los detenidos de ICE pueden presentar una queja sobre violaciones de conducta, abuso o los derechos civiles de personal directamente con los Estados Unidos Departamento de seguridad nacional, oficina del Inspector General (OIG):

DHS OIG Hotline
254 Murray Drive, SE
Construcción 410
Washington, DC 20538
Teléfono 1-800-323-8603

No acoso, castigo o sanción dará lugar a un preso/detenido que busca la resolución de quejas mediante el proceso de queja. Sin embargo, si usted demuestra un patrón de abuso de la queja sistema, dando por resultado cargas innecesarias a expensas de legítimas quejas, tales agravios será devuelto sin procesar. Estás anima a intentar resolver todas quejas con la cadena de mando antes de la presentación del agravio.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

## QUEJAS DE EMERGENCIA

Una queja de emergencia es aquel que implica una amenaza inmediata para el bienestar o la seguridad de un preso/detenido y está sujeto a procesamiento acelerado. Procesamiento de reclamos de emergencia se iniciará con la determinación inicial de la funcionaria receptora que la cuestión planteada es peligrosa para la vida.

Quejas de emergencia pueden administrarse directamente al supervisor de turno por un preso/detenido. Si el supervisor determina que la queja es un asunto de emergencia se dará atención inmediata. Si resuelve en el nivel de cambio se preparará un informe supervisor del Warden que describe la naturaleza del problema y la resolución alcanzada.

Quejas de emergencia que no pueden resolverse en el nivel de cambio serán canalizados sin demora a través de la cadena de mando hasta que se alcanza un nivel donde puede actuar. Si a consideración del supervisor de turno determina que el asunto no es en realidad una emergencia cuestión, procesamiento entonces estándar se aplicará.

## GRUPO JURÍDICO DERECHOS PRESENTACIONES PARA LOS DETENIDOS DE ICE

Una lista de lista de proveedores de servicios legales gratis está disponible en la planta principal de la biblioteca a través de la biblioteca oficial.

a veces, las notificaciones se publicarán para anunciar presentaciones derechos de grupo. Una señal en la hoja estarán disponible en cada unidad de vivienda y se le dará la oportunidad de asistir. Presentaciones están abiertas a todos los detenidos/los delincuentes, independientemente del público objetivo del presentador, excepto cuando un detenido particular de hielo asistencia plantearía una seguridad riesgo.

Detenidos en segregación podrán asistir si no se compromete la seguridad. Si es necesario, pueden hacerse presentaciones a individuos en segregación, en espera de un acuerdo con el presentador y se puede mantener la seguridad. Si no puede asistir un detenido de hielo en la segregación por esta razón y tanto ella y la presenter(s), así lo solicite, se harán arreglos alternativos.

## ADMISIÓN DE INTITAL

A.  a su llegada, su ropa, propiedad de la persona, fondos y objetos de valor serán retenidos por el funcionario de procesamiento para su custodia. Se emitirán recibos detallados a usted para toda la ropa, bienes, valores y fondos. Es importante que conserve estos recibos para reclamar su propiedad, fondos y objetos de valor cuando son liberados. (Para los detenidos de ICE — su i dentity documentos como pasaportes, certificados de nacimiento, etc., será inventariado y retenidos por I.C.E. en el archivo.)

B.  Mientras que en esta instalación se le permite conservar:

Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

1. higiene
2. elementos de la comisaría

Estos artículos personales retenidos <u>deben</u> guardarse en su caja de almacenamiento proporcionada. Ningún elemento debe acoplarse a la cama, pared, ventanas o a la izquierda en el alféizar. Presos/detenidos no son responsables de la pérdida de objetos personales

protegidos o almacenada por la planta.

C. su emisión inicial de ropa estará limitada a:

1. 2 uniformes

2. 2 pares de calcetines

3. 2 pares de calzoncillos para hombres/3 bragas de par para las hembras

4. 2 sujetadores para las mujeres

5. 1 toalla de baño

6. 1 toallita

7. 2 hojas

8. 1 manta

9. 1 colchón

10. 1 par de instalación emitido calzado

**D. el número de artículos de higiene personal es:**

1. 1 cepillo de dientes

2. 1 pasta de dientes

3. 1 jabón

4. 1 peine

5. 1 shampoo

6. 1 loción (sólo detenidos de ICE)

7. Maquinillas de afeitar (Fed/Local los internos solamente)

**Maquinillas de afeitar de detenido**

A. los detenidos tienen prohibidos comprar maquinillas de afeitar del Comisario.

B. el proceso o pasos para conseguir una maquinilla de afeitar será como sigue:

1. detenido deberá firmar una hoja de registro.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **15** of **43**

2. detenido deberá dar al oficial de su tarjeta de identificación.

3. el detenido debe devolver la afeitadora sin ningún daño para recibir su / o su tarjeta de identificación.

4. el detenido de volvió maquinilla de afeitar debe tener la hoja en su lugar.

5. el detenido sólo puede guardar la afeitadora un máximo de cuatro 4 horas.

6. los detenidos que van a asistir a la corte y quiere afeitarse debe hacerlo antes de la corte, si el tiempo lo permite.

7. los detenidos que están exhibiendo cualquier emocional impecablemente debe ser despejó por el profesional de Salud Mental.

E. un examen médico se llevará a cabo por un miembro del departamento médico, dentro de 14 días
de su llegada.

F el. servicio publicó artículos de higiene personal que sustituye; debe solicitar piezas de repuesto de su oficial de vivienda.

G. todos los reclusos / detenidos se dará la oportunidad de tomar una ducha en la conclusión del proceso de admisión.

H. deberá otorgarse la oportunidad de hacer una llamada telefónica después de completar el proceso de admisión (ICE).

I. cada semana, todos los internos federales locales tendrán la oportunidad de comprar 1 una maquinilla de afeitar disponible de la Comisaria. Los detenidos tienen prohibidos comprar maquinillas de afeitar del Comisario. La instalación será responsable de la publicación de estos artículos todos los días. Detenidos asistiendo a corte tendrán la oportunidad de afeitarse primero.

**DERECHOS Y RESPONSABILIDADES**

1. usted tiene el derecho a ser informados de las normas, procedimientos y horarios sobre la funcionamiento de la instalación. Usted tiene la responsabilidad de conocer y cumplir con ellos.

2. usted tiene el derecho a la libertad de religión y culto voluntario. Usted tiene la responsabilidad de reconocer y respetar los derechos de los demás al respecto.

3. usted tiene el derecho a la salud que incluye comidas nutritivas, ropa de cama adecuada, de ropa y un horario de lavandería para la limpieza, para ducharse regularmente, ventilación adecuada de calor y fresco aire aseo período, ejercicio regular artículos y el tratamiento médico. Usted tiene la responsabilidad de no residuos de comida, para seguir el calendario de servicio de lavandería y ducha, para mantener la vivienda limpia y y a buscar atención médica cuando sea necesario.

4. tienes derecho a que familiares y amigos visitan con usted, de acuerdo con la normas de instalación y los horarios. Es su responsabilidad de comportarte correctamente durante las visitas y no Aceptar o pasas contrabando

Sureste de correciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

5. usted tiene el derecho de acceso libre y confidencial a los tribunales por correspondencia. Es su responsabilidad presentar honestamente y justamente sus peticiones, preguntas problemas a la corte y.

6 . Usted tiene el derecho a asistencia letrada de un abogado de su elección por medio de entrevistas y correspondencia sin costo

el gobierno de Estados Unidos. Es su responsabilidad obtener los servicios de un abogado de manera honesta y justa.

7. usted tiene el derecho a tener acceso a la lectura de material para su propio disfrute. Es su responsabilidad buscar y utilizar dicho material para su beneficio personal, sin privar a otros de la misma prestación.

8. usted tiene el derecho a participar en el uso de material de referencia de biblioteca de derecho que le ayudarán a resolver problemas legales. Es su responsabilidad utilizar esos recursos en consonancia con los procedimientos y horarios prescritos y a respetar los derechos de otros presos/detenidos al uso de la material.

9. usted tiene el derecho a una amplia gama de material de lectura para fines educativos y para su disfrute. Estos materiales pueden incluir revistas y periodicos enviados de los editores. Es su responsabilidad buscar y utilizar dicho material para beneficio personal, sin privar a otros de su igualdad de derechos para el uso de este material.

10. usted tiene el derecho a participar en un programa de trabajo, en cuanto a recursos están disponibles y en consonancia con sus intereses, necesidades y capacidades. Usted tiene la responsabilidad de tomar ventaja de las actividades que pueden ayudar a exitosa y perdurable vida dentro de las instalaciones y en la comunidad. Se espera que acaten las normas que rigen el uso de este tipo de actividades.

*Detenidos del ICE:*

*11. usted tiene el derecho a una audiencia administrativa ante un juez de inmigración para determinar su estatus en los Estados Unidos*

*Estados. Es su responsabilidad de buscar métodos de pago de su fianza.*

*12. Si usted no es un caso de exclusión y elegibles, tienes el derecho a liberarse bajo fianza hasta su audiencia administrativa prevista. Es su responsabilidad de buscar métodos de pago de su fianza.*

*13. usted tiene el derecho a solicitar asilo político si usted cree que usted será perseguido debido a su raza, religión, nacionalidad, pertenencia a un grupo social u opinión política. Es su responsabilidad preparar y presentar con precisión las formas adecuadas.*

*14. usted tiene derecho a solicitar la salida voluntaria, si por ley elegible, antes de la audiencia pero si pide la salida voluntaria renuncia a ese derecho de audiencia. Es su responsabilidad informar a un oficial del INS que pedir salida voluntaria.*

Es responsabilidad de todos los presos/detenidos para cumplir con lo siguiente:

1. cumplir con las instrucciones dadas por cualquier miembro del personal
2. respetar al personal de la institución y otros presos/detenidos
3. respetar la propiedad de instalaciones y la propiedad de otros presos/detenidos
4. mantener a ti mismo, tu ropa y tu sala de estar en una condición limpia

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

5. dirección de nuestro personal se refiere a su título y apellido

## PRESO/DETENIDO DISCIPLINARIA

En un centro donde conviven muchas personas en cantidad relativamente pequeña del espacio, es muy importante que se mantenga orden y la disciplina. Disciplina y el orden son no sólo para beneficio personal, sino también para la seguridad y bienestar de usted y de otros presos/detenidos. Mientras que muchos problemas pueden ser resuelto informalmente a través de consejería, de vez en cuando deben imponerse medidas disciplinarias.

## A. DIRECTRICES

Acción disciplinaria no puede ser caprichosa o vengativa. Personal no puede imponer o permitir la imposición de las siguientes sanciones: castigo corporal; desviaciones del normales servicios de alimentación, privación de ropa, ropa de cama o artículos de higiene personal; privación de privilegios de correspondencia; o privación de la física del ejercicio a menos que los elementos o

actividades crea una condición insegura.

La instalación no tendrá a un preso/detenido responsable de su conducta si una autoridad médica le encuentra mentalmente incompetente. Una persona mentalmente incompetente incapaz de apreciar la diferencia entre conducta apropiada e inapropiada entre "derecha" y "mal" – no es capaz de actuar conforme a esas normas. Por lo tanto, no es responsable de sus actos "ilícitos".

También, una persona que carece de la capacidad para comprender la naturaleza de los procesos disciplinarios contra él, o para ayudar en su defensa propia, se considera incompetente. Presos/detenidos recibirán servicios de traducción a lo largo de la investigación disciplinaria y proceso de apelación, incluyendo alojamiento para la audiencia deteriorada. Procesos disciplinarios contra tal un preso/detenido deberán posponerse hasta que el preso/detenido es capaz de entender la naturaleza de los procesos disciplinarios y para ayudar en su defensa propia. Si el interno / no mejora el estado mental del detenido dentro de un período razonable de tiempo, el informe de incidente se "encuentra" el preso/detenido incompetente para ayudar en su defensa propia. Bajo esa circunstancia el procedimiento disciplinario no puede avanzar.

## B. INFORMES DE INCIDENTE, DISCIPLINARIAS

Oficiales que presenciar un acto prohibido o tienen razón para sospechar que se ha comprometido deberán preparar y presentar un informe de incidente. Todos los informes de incidente deben indicar los hechos clara, precisa y concisa, no omitir ningún detalle que podría ser significativo. Informes también identificará el oficial, el reo / detainee(s) y todos witness(s) al incidente. Transgresiones de menor importancia se resolverá oficiosamente, por mutuo consentimiento, siempre que sea posible. Si, sin embargo, el oficial involucrado piensa que una resolución informal inadecuado o inalcanzable, ella preparará un reporte de incidentes y notificación de cargos, renvío al supervisor apropiado antes de finalizar el turno asignado. Este informe de incidentes deberá citar la regla relevante o estándar sin citar en su totalidad. El Oficial informante firmarán el informe e incluyen título, fecha y hora que se firmó el informe. El supervisor de turno deberá revisar todos los informes de incidentes antes de ir fuera de servicio.

## C. LAS INVESTIGACIONES DE

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **18** of **43**

El oficial investigador tendrá supervisión de la fila, (a no ser impedido por la falta de personal) y no se han tenido ninguna participación previa en el incidente, ya sea como testigo o funcionario en la escena. Si un oficial bajo supervisión de la fila lleva a cabo la investigación, el supervisor de turno deberá revisar sus informes de exactitud e integridad y firmarlos. El oficial designado para investigar el incidente es responsable de realizar las entrevistas necesarias, recolectando evidencia y presentar informes escritos.

El funcionario de instrucción deberá:

1. Iniciar la investigación dentro de las 24 horas. De recibir el reporte de incidentes.

2. Aconsejar el preso/detenido del derecho a permanecer en silencio en cada etapa del proceso disciplinario y asegúrese de que tiene una lista completa de los derechos del preso/detenido.

3. Aconsejar el preso/detenido que, aunque el silencio no puede utilizarse para apoyar una declaración de culpabilidad, silencio raramente se interpreta en el interno / favor de los detenidos.

4. Proporcionar el reo / detainee(s) con una copia del informe de incidente/aviso de al menos 24 horas antes del inicio del procedimiento disciplinario de cargos.

5. Aconsejar el preso/detenido de su derecho, en su caso, en una audiencia inicial ante el Comité disciplinario dentro de 24 horas de su notificación de pago.

6. Terminar la investigación si el incidente está bajo investigación en otros lugares, por ejemplo, por motivos penales, a menos que y hasta que la agencia con jurisdicción primaria concluye su investigación o indica que no investigará el tema.

7. Registrar observaciones personales y otra información potencialmente material.

8. Preparar un informe fáctico de la investigación, incluyendo la ubicación o disposición de cualquier evidencia física.

9. Remitir al Comité de disciplina todos los informes pertinentes a la audiencia disciplinaria. Nota: la política prohíbe expresamente ofrecer una copia de cualquier tales informes al preso/detenido en esta etapa del proceso disciplinario.

**D. COMITÉ DE DISCIPLINA DE**

El Comité disciplinario tendrá autoridad para:

1. Cabo audiencia e informalmente resolver incidentes de alto, moderado o bajo moderado cargos.

2. Considerar escritos informes, declaraciones y evidencia física.

3. Oír alegatos por parte de los detenidos.

4. Hacer conclusiones que un preso/detenido que no cometió la violación de la norma o actos prohibidos como acusado, basan en la preponderancia de la evidencia.

5. **Sanciones** imponen menores "E" por "M" conforme a la tabla de prohíben actos y asociados las sanciones. El preso/detenido en procedimiento de Comité disciplinario tendrá derecho a:

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

    A. permanecer silencioso en cualquier etapa del proceso disciplinario.
    b. debido proceso, incluyendo una audiencia del Comité de disciplina dentro de las 24 horas del final de la investigación y:
        1) a asistir a la audiencia entera (excepto las deliberaciones de la Comisión); o
        2) Renunciar a la derecha parece.
    c. Presentar las declaraciones y pruebas en su propio nombre.
    d. Apelar la determinación del Comité a través del proceso de apelación detenido.

El Comité disciplinario:

1. Aconsejar el preso/detenido de los derechos mencionados anteriormente antes de la audiencia.
2. Consulte el Panel disciplinario de la instalación sobre cualquier incidente que implica una violación grave, es decir, asociada a una ___
3. Servir el preso/detenido con:
    a. Una copia de la decisión del Comité disciplinario y las sanciones impuestas; o
    b. Escrito de notificación de cargos y audiencia antes de la IDP.
4. Si el interno / caso del detenido se refiere a la IDP, asesorar al detenido, por escrito, de
    a. El derecho de llamar a testigos y presentar pruebas antes de la IDP; y
    b. El derecho a un representante personal.

Será el oficial a cargo, sobre el preso / de detenido solicitar, asignar un representante personal para ayudar a preparar una defensa. Esta ayuda será automáticamente proporcionados o analfabetos presos/detenidos, presos/detenidos con habilidades limitadas en inglés; presos/detenidos sin medios de recogida y presentación de pruebas esenciales y presos/detenidos en administrativo o separación administrativa.

1. Un representante del personal debe ser un empleado a tiempo completo.
2. Debido al potencial conflicto de intereses, la OCI, los miembros de los desplazados y del Comité de disciplina inicialmente implicados en el caso, testigos, informes e investigar funcionarios y cualquier persona con un interés en el resultado no actuará como representantes del personal.
3. El preso/detenido puede seleccionar su representante personal, salvo a alguien identificado en el #2, arriba.
4. El IDP se encargará de la presencia de la representante del personal elegido por el preso/detenido. Si ese funcionario declina o no está disponible, el preso/detenido tiene tres opciones. Él o ella puede seleccionar a un representante diferente; Espere a que el miembro del personal disponible para convertirse en disponible (dentro de un plazo razonable); o continuar sin un representante personal.
5. Un miembro del personal a servir como un preso / representante del detenido debe indicar el motivo en el formulario de representante personal.
6. Si varios agentes de disminución, la OCI asignará a un miembro del personal para servir como ese preso / representante del personal de los detenidos.
7. El representante del personal será libre de hablar con testigos y presentar pruebas en el interno / nombre del detenido, incluyendo cualquier mitigar circunstancias.
8. El IDP permitirá el tiempo suficiente representativo del personal para hablar con el preso/detenido y entrevista de testigos. El estándar pre-tiempo de preparación de la audiencia adaptará a mayoría de los casos. Sin embargo, los desplazados pueden conceder un retraso si es necesario para una defensa adecuada.
9. El IDP se establecerá la confiabilidad de la información proporcionada por un informante confidencial antes de considerar en el procedimiento disciplinario.
10. La PDI puede retener la identidad del informante confidencial del representante personal. Mientras que el representante de personal podrá impugnar el contenido de cualquier información

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

    confidencial revela la IDP, él o ella no pueden cuestionar su fiabilidad (establecido previamente por el IDP).

11. Cuando el preso/detenido efectivamente no puede presentar su propio caso, el OCI deberá nombrar un representante personal, incluso si no solicitada por el preso/detenido.

## E EL PANEL DISCIPLINARIO INSTITUCIONAL

1. El IDP consistirá de tres miembros, incluido el Presidente.
2. El OCI designará a los tres miembros del panel. Los miembros serán nombrados por la OCI. El panel no deberá incluir el reporte oficial, el oficial investigador y cualquier miembro del referido Comité de disciplina, o a alguien que fue testigo o fue directamente involucrado en el incidente. Si casi cada oficial disponible fue testigo o estaba directamente implicado en el incidente una excepción a esta regla ocurrirá.

El IDP tendrá autoridad para:

1. Llevar a cabo las audiencias en todos los cargos y alegaciones remitidas por el Comité de disciplina.
2. Llamar a testigos para testificar.
3. Considerar escritos informes, declaraciones, evidencia física y testimonios orales.
4. Oír alegatos por preso/detenido y personal representante.
5. Resultados hacen que el preso/detenido hizo o no cometió la violación de la regla o prohibido actos como encargado en la preponderancia de la evidencia basan.
6. Imponer sanciones como indicado y autorizado en cada categoría.

El IDP deberá:

1. Verifique que el preso/detenido ha sido aconsejado de y producido, sus derechos, lo señalado anteriormente.
2. Recordar al preso/detenido de su derecho a un representante del personal, proporcionar si se solicita.
3. Asesorar el preso/detenido de su derecho a renunciar a la audiencia y admiten haber cometido el delito.
4. Llevar a cabo la audiencia en el primer día hábil después de recibir la remisión de la Comisión disciplinaria, a menos que el preso/detenido renuncia a la disposición de la notificación de 24 horas, solicitando una audiencia inmediata. En casos donde la audiencia se retrasa, deben documentarse los motivos (por ejemplo, una investigación constante de hechos, su falta de disponibilidad de uno o más testigos esenciales, etc.) y aprobado por la OCI. Si el preso/detenido es recluido en la segregación, la demora no excederá de 72 horas, salvo caso de emergencia.
5. Preparar un registro escrito de sus actuaciones. Este documento debe mostrar que el preso/detenido fue informado de sus derechos. También deben documentar las pruebas consideradas por el Panel y posterior; la decisión y sanciones impusieron, junto con una breve explicación.
6. Adelante el registro completo a la OCI, que puede (a) den su anuencia; (b) terminar el procedimiento; o (c) imponer sanciones más o menos.
7. Sirva al preso/detenido con notificación por escrito de la decisión.

## f el. Aplazamiento de PRECEEDINGS disciplinaria

Los desplazados permitirán aplazamientos de audiencia o aplazamientos en determinadas circunstancias. Circunstancias que justifican el aplazamiento o la continuidad de la audiencia pueden incluir: preparación, física o enfermedad mental, seguridad, escape, transferencia disciplinaria, retiro de la defensa o persecución penal. Un

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

preso/detenido no cooperan también pueden causar un retraso en el procedimiento, ya sea debido a conducta inapropiada durante el proceso de audición o una negativa a participar de una manera productiva.

### G. Duración de la pena

La duración de la pena será dentro de los límites establecidos. El panel recomienda o sanciones o tomar la decisión final no impondrá sanciones arbitrariamente fuera de estos límites.

1. Gama de castigos de la retención de varios a la separación. Tiempo en la separación después de una audiencia general no exceder 60 días.
2. Tiempo servido en la segregación aún no viene hacia fuera de los procedimientos puede acreditado al número de días para ser gastado en la unidad de segregación después de anunciar la decisión.
3. El informe disciplinario y los documentos de acompañamiento no se colocan en el archivo de un preso/detenido que se encuentra no culpable. Sin embargo, la instalación puede retener el material en sus propios archivos para usos institucionales (estadísticas, históricos, etcetera).

### DETENIDOS DE ICE DE CATEGORÍAS DE DELITO MAYOR

### Código Prohíbe actos sanciones

100 matar a cualquier proceso penal persona iniciar a.
(Incluye asalto sexual)

102 escapar de la escolta; escapar de B. disciplinario traslado (recomendado)
una instalación segura

103 ajuste un incendio (cargado con este acto en C. separación disciplinaria (hasta 60 días)
Esta categoría sólo cuando se encuentra a posar
una amenaza para la vida o una amenaza de serio
lesiones corporales o en cumplimiento de un D. hacer una restitución monetaria, fondos
acto prohibido de gran severidad, por ejemplo, están disponibles
un disturbio o una fuga; de lo contrario la carga
se clasifica como Código 219 322)

104 Posesión o introducción de un arma, arma de fuego, arma, instrumento afilado, cuchillo, químicos peligrosos, explosivos, herramienta de escape, dispositivo o municiones.

105 Disturbios

106 Incitar a disturbios

107 Toma de rehenes

108 Agredir a un miembro del personal o cualquier agente del orden público

109 Amenazar a un miembro del personal o cualquier oficial de la policía con lesiones

* 198 interferir con un miembro del personal en el desempeño de funciones (la conducta debe ser de la mayor gravedad). Este cargo debe utilizarse sólo cuando otro cargo de gran severidad no es aplicable.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

* 199 conducta que interrumpe o interfiere con la seguridad o el ordenado funcionamiento de la instalación (la conducta debe ser de la mayor gravedad). Este cargo debe utilizarse sólo cuando otro cargo de gran severidad no es aplicable.

## DELITO ALTA CATEGORÍA

| Código | Prohíbe actos | Sanciones |
|---|---|---|
| 200 | escapar de actividades sin escolta, instalación abierta o segura, sin violencia. | A. iniciar procedimientos penales |
| | | B. disciplinario traslado (recomendado) |
| 201 | lucha, boxeo, lucha, combate, y cualquier otra forma de física encuentro, separación disciplinaria de rudos, que cause o podrían causar daño a otra persona; excepto cuando parte de un aprobado recreativas o actividad atlética. están disponibles. | C.incluyendo juegos (hasta 60 días) |
| | | D. Haga restitución monetaria, si los fondos |
| 202 | de la posesión o la introducción de una etcetera. Herramienta no autorizado | E. pérdida de privilegios: Comisaria |
| | | F el. cambio de vivienda |
| 203 | la pérdida, extravío o daño de cualquier herramienta restringida actividades de grupo | G. Quite del programa o |
| 204 | amenazando a otro con daños corporales | H. pérdida de empleo |
| 205 | extorsión, chantaje, protección: exigente o recibir dinero o cualquier cosa de valor en los detenidos regreso para la protección contra los otros, evitando lesiones, o evitar una amenaza que informado en contra. | I. fondos y tienda la propiedad personal |
| | | J. confisca contrabando |
| 206 | comprometer en sexual actos | K. restringir a unidad de vivienda |
| 207 | Hacer propuestas sexuales o amenazas | |
| 208 | Llevar un disfraz o máscara | |
| 209 | Manipulación indebida con o bloquear cualquier dispositivo de bloqueo | |
| 210 | Adulteración de alimentos o bebidas | |
| 211 | posesión, introducción o uso de estupefacientes, parafernalia de estupefacientes o drogas no prescritas para el individuo por el personal médico. | |
| 212 | poseer ropa de un oficial o miembro del personal | |
| 213 | participación o incitar a una demostración de grupo | |

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **23** of **43**

214      animando a otros a participar en un paro de labores o a negarse a trabajar

215      Negarse a proporcionar una muestra de orina u otra manera cooperar en una prueba de drogas

216   Introducción de alcohol a la instalación de

217   Dar u ofrecer a un oficial o miembro del personal un soborno o cualquier cosa de valor

218      Dar dinero a, o recibir dinero de cualquier persona para un propósito ilegal o prohibido, como el contrabando de
       introducción/transporte

219      Destruyen, alterar, o dañar la propiedad (instalaciones o de otra persona) vale más de $100

220      Ser declarado culpable de cualquier combinación de tres o más alta moderadas baja moderadas delitos dentro de 90
       días Firma

221,      preparación, circulando o solicitar apoyo para peticiones de grupo procedimiento prohibido

222      de la posesión o la introducción de un dispositivo incendiario, por ejemplo, fósforos, encendedor, etcetera.

223      Cualquier acto que pueda poner en peligro, persona y propiedad

224      productos del tabaco

* 298    interferir con un miembro del personal en el desempeño de funciones (la conducción debe ser de mayor gravedad).
       Este cargo debe utilizarse únicamente cuando ningún otro cargo de severidad más alto es aplicable o grupo de
       actividad.

* 299    conducta que interrumpe o interfiere con la operación de seguridad o el orden de la instalación (conducción debe ser
       de mayor gravedad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de severidad más alto
       es aplicable.

Cuando se el acto prohibido está interfiriendo con un empleado en el desempeño de funciones (código 198, 298, 398 o 498) o
conducta que interrumpa (código 199, 299, 399 o 499), el Comité de disciplina debe especificar en sus conclusiones el nivel de
gravedad de la conducta, citando un delito comparable en esa categoría. Por ejemplo, "nos encontramos con el acto de ser de
alta severidad, más comparable al código 213,"participar en una manifestación del grupo".

## CATEGORÍA DE INFRACCIÓN MODERADA ALTA

| **Código** | **Prohíbe actos** | **Sanciones** |
|---|---|---|
|  | Proceso penal exposición indecente | A. iniciar 300 |
| 301 | el robar (robo) | B. disciplinario traslado |
| 302 | uso indebido de medicamento autorizado | C. separación disciplinaria<br>(hasta 72 horas) |
| 303 | pérdida, extravío o daño de<br>Una menos restringida | D. herramienta haga restitución monetaria |
| 304 | de préstamos de propiedad u otros artículos de<br>Comisario, | E. pérdida de privilegios, por ejemplo, |

Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

Page **24** of **43**

Valor para el beneficio aumentado devolver visitas, etcetera.

| | | |
|---|---|---|
| 305 | posesión de artículos (s) no autorizado | F. el. cambio de vivienda |
| 306 | negativa a limpiar el salón asignado | G. eliminar del programa de |
| 307 | negarse a obedecer empleo orden (puede ser categorizado y cargo un delito mayor o menor, dependiendo de los detenidos el tipo de desobediencia: continuar a la Riot es código 105 – disturbios; Continuando para luchar, código 201 – lucha; niega contrabando confisca para proporcionar una muestra de orina, código 215 | H. pérdida de un miembro/oficial de personal de<br><br>I. fondos y tienda<br>  propiedad personal<br><br>J. |
| 308 | insolencia hacia un miembro del personal | K. restringir a unidad de vivienda |
| 309 | de la mentira o la prestación de declaración falsa a | L. amonestación<br><br>M. ADVERTENCIA |
| 310 | falsificación, reproducción no autorizada de esta u otra de dinero o documento oficial o elemento, por ejemplo, documento de seguridad, tarjeta de identificación, etc. (puede calificarse como delito mayor o menor, dependiendo de la naturaleza y propósito de la reproducción, por ejemplo, falsificación de documentos de liberación para escapar del efecto – código 102 o 200) | |
| 311 | participación en una restitución no autorizado reunión o reunión | |
| 312 | está en una zona no autorizada | |
| 313 | falta de soporte de cuenta | |
| 314 | interferir con la cuenta | |
| 315 | fabricación de, poseer o usar intoxicant(s) | |
| 316 | negarse a una prueba de alcoholemia u otra prueba de consumo de alcohol | |
| 317 | juego | |
| 318 | de la preparación o realización de una piscina de juegos de azar | |
| 319 | posesión de parafernalia de juegos de azar | |
| 320 | no autorizado contacto con público | |
| 321 | dar dinero u otro artículo de valor a, o aceptar dinero u otro artículo de valor de cualquier persona, incluyendo a otro detenido, sin la autorización de personal | |
| 322 | destruyen, alterar o dañar la propiedad (gobierno o de otra persona) vale menos de $100 | |

Sureste de correciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

Page **25** of **43**

* 398    interferir con un miembro del personal en el desempeño de funciones (la ofensa debe ser de alta severidad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

* 399    conducta que interrumpe o interfiere con la seguridad o funcionamiento ordenado o actividad del grupo (la ofensa debe ser de alta severidad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

**Nota:** Cualquier combinación de ofensas moderadas alta moderadas y bajas durante el período de 90 días constituirá un delito alta.

## CATEGORÍA DE INFRACCIÓN MODERADA BAJA

| Código | Prohíbe actos | Sanciones |
|--------|---------------|-----------|
| 400 | posesión de propiedad que pertenece Otra persona | A. Asegúrese de restitución monetaria |
| 401 | visitas de posesión no autorizada de la ropa, etcetera. | B. pérdida de privilegios, por ejemplo, Comisario, |
| 402 | fingir, fingir la vivienda cambio de enfermedad | C. Cambiar de vivienda |
| 403 | fumar donde | D. prohibido eliminar del programa de |
| 404 | uso lenguaje abusivo u obsceno | E. pérdida de empleo |
| 405 | tatuaje, piercings o ser detenido propiedad personal de mutilación | F. embargo y tienda |
| 406 | uso no autorizado del correo o teléfono (con restricción o temporal suspensión de visita de los privilegios a menudo la sanción correspondiente) | G. confiscar contrabando |
| | | H. restringir a unidad de vivienda |
| | | I. amonestación |
| 408 | conducir un negocio | J. ADVERTENCIA de |
| 409 | la posesión de dinero o moneda, a menos que Específicamente autorizado | |
| 410 | no seguir las normas de seguridad o saneamiento | |
| 411 | uso no autorizado de los equipos o maquinaria | |
| 412 | utilizando equipo o maquinaria contrario a publicado las normas de seguridad. | |

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

413     siendo insalubres o descuidado, no mantenerse uno mismo y sala de conformidad con las normas publicadas

* 498     interferir con un miembro del personal en el desempeño de funciones (la ofensa debe ser o baja severidad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

* 499     conducta que interrumpe o interfiere con la seguridad o el ordenado funcionamiento de la instalación (ofensa debe ser de severidad baja o moderada). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

Presos/detenidos pueden recibir no más de sesenta 60 días en la segregación de cualquier violación de la norma que surge de una 1 incidente. Continuo confinamiento por más de treinta 30 días requiere la revisión y aprobación del director general.


**INSPECCIONES DE PERSONAS Y BIENES**

Está sujeto a una búsqueda sobre la admisión en el centro y cuando es razonable hacer creer usted puede tener contrabando ocultado en su persona. Búsquedas son requisitos de rutina al entrar en las unidades de vivienda o al salir de la zona de visita después de una visita. Rutina no programada búsquedas de la instalación, la persona y los bienes se realizará cuando sea necesario atribuido. Hay ocasiones cuando búsquedas al azar se llevará a cabo cuando entran o salir de un edificio o área. Búsquedas al azar se producirán al regresar al edificio de la recreación área. Funcionarios de prisiones a cabo pat búsquedas del mismo género preso/detenido. Todas las búsquedas se utilizan como un medio para interceptar el contrabando y asegurar condiciones seguras y sanitarias existen dentro de las instalaciones. Las búsquedas no son punitivas en naturaleza.

**BIBLIOTECA DE DERECHO**

El horario de uso es publicado en todas las unidades de vivienda. Material de autoayuda será proporcionado y a disposición de todos
presos/detenidos para su uso para la investigación o la preparación de su defensa. Sesiones de biblioteca serán programadas por solicitud por escrito.

**Principal derecho horario de atención el lunes 8:00-17:00, el martes al viernes 8:00-22:00 y el sábado 14:00-22:00**
- Los detenidos pueden utilizar la biblioteca de derecho en los dormitorios durante todos los cambios hasta los tiempos de bloqueo excepto cuentas, chow y tiempo de transporte.
- Las unidades de flashes están disponibles a través de la biblioteca oficial (lunes a viernes 8:00-17:00).
- Los detenidos se les permite utilizar la biblioteca de derecho después de horas por petición. Las mismas reglas aplican para turno de noche como lo hacen en el turno de día.
- Por favor indíquenos su oficial de piso o el Secretario de la biblioteca de derecho de cualquier equipo falta o está dañada. Si usted es responsable de cualquier daño de equipo se espera que pagar por ello.
- Se imprimirá sólo documentos en la biblioteca principal
- Materiales legales que no están disponibles en la biblioteca de derecho pueden obtenerse enviando una solicitud por escrito a la Secretaria de la biblioteca de derecho.
- Usted debe firmar en el libro de registro de la computadora con la información que pide. Hojas de registro no pueda ser destruidas o utilizadas como papel de desecho.
- Cualquier detenidos que se encuentran en violación a las normas será sujeto a acción disciplinaria.
- Lexis/Nexis está siendo utilizado en la instalación y las instrucciones para su uso están disponibles en la biblioteca de derecho.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

- **NO HAY ALIMENTOS O BEBIDAS SE PERMITEN EN LAS ESTACIONES DE LA COMPUTADORA EN CUALQUIER MOMENTO.**
- **La biblioteca de derecho principal está disponible los fines de semana sólo a una solicitud por escrito. La solicitud debe ser presentada por 15:00 los viernes.**

*\* Cualquier detenido que necesitan tiempo adicional en la biblioteca de derecho (sobre las 5 horas por semana), debe presentar una solicitud a la Secretaria de la biblioteca de derecho.*

## BIBLIOTECA

La biblioteca en esta facilidad contiene materiales estándar de la biblioteca encontrados una escuela o biblioteca de la comunidad. Las necesidades, intereses y capacidades de la mayoría de los presos/detenidos son consideradas cuidadosamente y la colección de la biblioteca se convirtió por consiguiente. Se le permite sacar libros durante las horas de biblioteca. Es importante que cuidar de los libros y devolverlos a tiempo para que otros presos/detenidos tienen la oportunidad de a leer y disfrutar de ellos.

Libros de la biblioteca general están disponibles para los presos/detenidos. Presos/detenidos podrán recoger los libros de la biblioteca en el
Biblioteca durante horarios. Presos/detenidos será responsables de devolver los libros en forma oportuna y en buen estado. Presos/detenidos será financieramente responsables de libros que son perdidos o dañados. Horarios de la Biblioteca General se publican en todas las áreas de vivienda.

El horario de la biblioteca se publicarán en las unidades de vivienda. La biblioteca está situada en el edificio principal al lado de la sala. Los presos/detenidos que quieren acceso a la biblioteca debe presentar una solicitud al oficial de biblioteca.

## CONDICIONES DE VIDA

El sureste de correcciones de LaSalle provee un ambiente seguro y seguro para todos los presos/detenidos alojados aquí. La Salle correcciones sureste tiene los dormitorios y las células de la múltiple-ocupación. Los dos 2 y cuatro 4 persona células tienen ducha, lavabo e inodoro en cada célula. Los dormitorios abiertos proporcionan un número de duchas, lavabos e inodoros para el número de presos/detenidos alojados en las dependencias. Todos los detenidos tienen acceso a inodoros y lavabos con temperatura controlada agua corriente caliente y fría 24 veinticuatro horas por día y son capaces de usar el WC sin asistencia de personal.

Presos/detenidos son obligados a mantener sus áreas de vida asignado limpio en todo momento. Su cama debe hacerse inmediatamente al despertar y permanecer hecha durante despertar horas. Podrá mentir sobre su litera completamente hecho pero debe ser completamente vestida. Es su mejor interés para mantener una zona de estar limpio y evitar muchos de los problemas asociados con las condiciones de vida insalubres.

Separación administrativa está destinado a los presos/detenidos con necesidades de vivienda especiales tales como:

1. pendiente investigación/audiencia de actos prohibidos;
2. médica observación;
   3. pendiente transferencia o liberación dentro de 24 horas:
4. riesgo de seguridad; o,
5. protector de la custodia.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **28** of **43**

Disciplinarias Separación es una unidad de vivienda especial para presos/detenidos que:

      1. es una perturbación grave en la población general;
      2. requieren más límites físicos; o,
      3. han recibido una sanción por el Panel disciplinario de la instalación.

\* Presos/detenidos a la unidad de vivienda especial tendrán recreación 1 hora todos los días. Privilegios de la biblioteca de derecho tendrán por escrito al supervisor de la biblioteca de derecho y solicitar el material necesario para su caso.

## DIRECCIÓN DE CORREO

La dirección de correo se proporciona a continuación. Se trata de cómo usted dirigirá a su correo:

Su nombre y preso/detenido número

Sureste de correcciones de LaSalle
132 algodón Dr.
Ocilla, GA 31774

## COMIDAS

Todas las comidas son nutricionalmente equilibrado, dietista aprobado, debidamente preparadas y atractivamente servidos en un ambiente sano, limpio y seguro. El servicio de alimentación del sureste de correcciones de LaSalle no utiliza ninguna productos de cerdo. El uso de los alimentos, es decir, la retención de o variación en el menú estándar, como una medida disciplinaria o recompensa está prohibida. Dietas especiales según se requiera por razones médicas o la adhesión a leyes dietéticos son proporcionadas por el Departamento de servicio de alimentos a ser aprobado y colocado lista de dieta especial. Se le entregará un utensil(s) alimentación adecuada. Debe explicarse la utensil(s) para el final de las comidas. Menús y comidas son publicadas en el tablón de anuncios de su unidad de vivienda. Presos/detenidos que requieran médico

dietas tendrá que ser evaluado por el departamento médico antes de que se emitirá una banda de dieta. El Departamento de servicio de alimentos ha dietas específicas ya aprobadas por la nutricionista y la voluntad no varían de estas dietas, por favor pida a.

Presos/detenidos solicitando dietas religiosas deben presentar una forma ""solicitar a oficial a director asistente.

La aplicación será revisada y aprobada por el director asistente y el capellán antes de recibir la aprobación de la dieta religiosa. Oficiales tiempos de alimentación son los siguientes:

**Desayuno 4:30, almuerzo 11:00 y cena 16:30**

## ATENCIÓN MÉDICA

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

El personal médico del centro proporciona atención médica. Si usted está enfermo o necesita atención médica, usted debe primero llenar una enfermedad llamada deslizamiento y un lugar en el buzón designado dentro de su unidad de vivienda. (Véase Sick Call). Si es después de horas de llamada de enfermedad, usted debe notificar a su unidad de vivienda oficial, que se pondrá en contacto con el miembro del personal de guardia **médica** .

## CATEGORÍAS DE DELITO

## DETENIDOS DE ICE DE CATEGORÍAS DE DELITO MAYOR

**Código Prohíbe actos sanciones**

100 matar a cualquier proceso penal persona iniciar a.
(Incluye asalto sexual)

102 escapar de la escolta; escapar de B. disciplinario traslado (recomendado)
una instalación segura

103 ajuste un incendio (cargado con este acto en C. separación disciplinaria (hasta 60 días)
　　　　　　　　　Esta categoría sólo cuando se encuentra a posar
una amenaza para la vida o una amenaza de serio
lesiones corporales o en cumplimiento de un D. hacer una restitución monetaria, fondos
acto prohibido de gran severidad, por ejemplo, están disponibles
un disturbio o una fuga; de lo contrario la carga
se clasifica como Código 219 322)

　　　　　110 Posesión o introducción de un arma, arma de fuego, arma, instrumento afilado, cuchillo, químicos
　　　　　　　　　peligrosos, explosivos, herramienta de escape, dispositivo o municiones.

　　　　　111 Disturbios

112 Incitar a disturbios

113 Toma de rehenes

114 Agredir a un miembro del personal o cualquier agente del orden público

115 Amenazar a un miembro del personal o cualquier oficial de la policía con lesiones

\* 198 interferir con un miembro del personal en el desempeño de funciones (la conducta debe ser de la mayor gravedad). Este cargo debe utilizarse sólo cuando otro cargo de gran severidad no es aplicable.

\* 199 conducta que interrumpe o interfiere con la seguridad o el ordenado funcionamiento de la instalación (la conducta debe ser de la mayor gravedad). Este cargo debe utilizarse sólo cuando otro cargo de gran severidad no es aplicable.

## DELITO ALTA CATEGORÍA

**Código Prohíbe actos sanciones**

200 escapar de actividades sin escolta, A. iniciar procedimientos penales
instalación abierta o segura, sin violencia.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

B. disciplinario traslado (recomendado)
201 lucha, boxeo, lucha, combate, y
cualquier otra forma de física encuentro, separación disciplinaria de C.
incluyendo juegos rudos, que cause o podrían (hasta 60 días)
causar daño a otra persona; excepto
cuando parte de un aprobado recreativas D. Haga restitución monetaria, si los fondos
o actividad atlética. están disponibles.

202 de la posesión o la introducción de una E. pérdida de privilegios: Comisaria etcetera.
Herramienta no autorizado
F el. cambio de vivienda
203 la pérdida, extravío o daño de cualquier
herramienta restringida G. Quite del programa o
actividades de grupo
204 amenazando a otro con daños corporales
H. pérdida de empleo
205 extorsión, chantaje, protección: exigente
o recibir dinero o cualquier cosa de valor en los detenidos I. fondos y tienda
regreso para la protección contra los otros, evitando la propiedad personal
lesiones, o evitar una amenaza que
informado en contra. J. confisca contrabando

206 comprometer en sexual actos K. restringir a unidad de vivienda

211 Hacer propuestas sexuales o amenazas

212 Llevar un disfraz o máscara

213 Manipulación indebida con o bloquear cualquier dispositivo de bloqueo

214 Adulteración de alimentos o bebidas

211 posesión, introducción o uso de estupefacientes, parafernalia de estupefacientes o drogas no prescritas para el individuo por el personal médico.

212 poseer ropa de un oficial o miembro del personal

213 participación o incitar a una demostración de grupo

214 animando a otros a participar en un paro de labores o a negarse a trabajar

221 Negarse a proporcionar una muestra de orina u otra manera cooperar en una prueba de drogas

222 Introducción de alcohol a la instalación de

223 Dar u ofrecer a un oficial o miembro del personal un soborno o cualquier cosa de valor

224 Dar dinero a, o recibir dinero de cualquier persona para un propósito ilegal o prohibido, como el contrabando de introducción/transporte

Sureste de correciones de LaSalle
<mark>Manual de orientación del preso/detenido</mark>
En vigor: 26 de febrero de 2020

225 Destruyen, alterar, o dañar la propiedad (instalaciones o de otra persona) vale más de $100

226 Ser declarado culpable de cualquier combinación de tres o más alta moderadas baja moderadas delitos dentro de 90 días

Firma 221, preparación, circulando o solicitar apoyo para peticiones de grupo procedimiento prohibido

222 de la posesión o la introducción de un dispositivo incendiario, por ejemplo, fósforos, encendedor, etcetera.

224 Cualquier acto que pueda poner en peligro, persona y propiedad

224 productos del tabaco

* 298 interferir con un miembro del personal en el desempeño de funciones (la conducción debe ser de mayor gravedad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de severidad más alto es aplicable o grupo de actividad.

* 299 conducta que interrumpe o interfiere con la operación de seguridad o el orden de la instalación (conducción debe ser de mayor gravedad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de severidad más alto es aplicable.

Cuando se el acto prohibido está interfiriendo con un empleado en el desempeño de funciones (código 198, 298, 398 o 498) o conducta que interrumpa (código 199, 299, 399 o 499), el Comité de disciplina debe especificar en sus conclusiones el nivel de gravedad de la conducta, citando un delito comparable en esa categoría. Por ejemplo, "nos encontramos con el acto de ser de alta severidad, más comparable al código 213,"participar en una manifestación del grupo".

### <u>CATEGORÍA DE INFRACCIÓN MODERADA ALTA</u>

### <u>Código Prohíbe actos</u> <u>sanciones</u>

Proceso penal exposición indecente A. iniciar 300

301 el robar (robo) B. disciplinario traslado

302 uso indebido de medicamento autorizado C. separación disciplinaria
(hasta 72 horas)
303 pérdida, extravío o daño de
Una menos restringida D. herramienta haga restitución monetaria

304 de préstamos de propiedad u otros artículos de E. pérdida de privilegios, por ejemplo, Comisario,
Valor para el beneficio aumentado devolver visitas, etcetera.

305 posesión de artículos (s) no autorizado f el. cambio de vivienda

306 negativa a limpiar el salón asignado G. eliminar del programa de

307 negarse a obedecer H. pérdida de un miembro/oficial de personal de empleo
orden (puede ser categorizado y cargo
un delito mayor o menor, dependiendo de los detenidos I. fondos y tienda
el tipo de desobediencia: continuar a la propiedad personal
Riot es código 105 – disturbios; Continuando

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

para luchar, código 201 – lucha; niega contrabando confisca J.
para proporcionar una muestra de orina, código 215
K. restringir a unidad de vivienda
308 insolencia hacia un miembro del personal
L. amonestación
309 de la mentira o la prestación de declaración falsa
a M. ADVERTENCIA

310 falsificación, reproducción no autorizada de esta u otra de dinero o documento oficial o elemento, por ejemplo, documento de seguridad, tarjeta de identificación, etc. (puede calificarse como delito mayor o menor, dependiendo de la naturaleza y propósito de la reproducción, por ejemplo, falsificación de documentos de liberación para escapar del efecto – código 102 o 200)

311 participación en una restitución no autorizado reunión o reunión

312 está en una zona no autorizada

313 falta de soporte de cuenta

314 interferir con la cuenta

315 fabricación de, poseer o usar intoxicant(s)

316 negarse a una prueba de alcoholemia u otra prueba de consumo de alcohol

317 juego

318 de la preparación o realización de una piscina de juegos de azar

319 posesión de parafernalia de juegos de azar

320 no autorizado contacto con público

321 dar dinero u otro artículo de valor a, o aceptar dinero u otro artículo de valor de cualquier persona, incluyendo a otro detenido, sin la autorización de personal

322 destruyen, alterar o dañar la propiedad (gobierno o de otra persona) vale menos de $100

* 398 interferir con un miembro del personal en el desempeño de funciones (la ofensa debe ser de alta severidad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

* 399 conducta que interrumpe o interfiere con la seguridad o funcionamiento ordenado o actividad del grupo (la ofensa debe ser de alta severidad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

**Nota:** Cualquier combinación de ofensas moderadas alta moderadas y bajas durante el período de 90 días constituirá un delito alta.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

## CATEGORÍA DE INFRACCIÓN MODERADA BAJA

### Código Prohíbe actos sanciones

400 posesión de propiedad que pertenece a. Asegúrese de restitución monetaria
Otra persona
B. pérdida de privilegios, por ejemplo, Comisario,
401 visitas de posesión no autorizada de la ropa, etcetera.

402 fingir, fingir la vivienda cambio de enfermedad C.

403 fumar donde D. prohibido eliminar del programa de

404 uso lenguaje abusivo u obsceno E. pérdida de empleo

405 tatuaje, piercings o ser detenido F. embargo y tienda
propiedad personal de mutilación

406 uso no autorizado del correo o teléfono G. confiscar contrabando
(con restricción o temporal
suspensión de visita de los privilegios a menudo H. restringir a unidad de vivienda
la sanción correspondiente)
I. amonestación
408 conducir un negocio
J. ADVERTENCIA de
409 la posesión de dinero o moneda, a menos que
Específicamente autorizado

410 no seguir las normas de seguridad o saneamiento

411 uso no autorizado de los equipos o maquinaria

412 utilizando equipo o maquinaria contrario a publicado las normas de seguridad.

413 siendo insalubres o descuidado, no mantenerse uno mismo y sala de conformidad con las normas publicadas

* 498 interferir con un miembro del personal en el desempeño de funciones (la ofensa debe ser o baja severidad). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

* 499 conducta que interrumpe o interfiere con la seguridad o el ordenado funcionamiento de la instalación (ofensa debe ser de severidad baja o moderada). Este cargo debe utilizarse únicamente cuando ningún otro cargo de esta categoría es aplicable.

Presos/detenidos pueden recibir no más de sesenta 60 días en la segregación de cualquier violación de la norma que surge de una 1 incidente. Continuo confinamiento por más de treinta 30 días requiere la revisión y aprobación del director general.

## OFICIALES CUENTAS

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **34** of **43**

Con el fin de mantener la debida rendición de cuentas de presos/detenidos en este centro, cuenta oficial se llevó a cabo en el después de tiempo:

**6:30, 10:00, 14:30, 18:30, 23:00, 1:00, 0300 am**

Durante todo el formal no cuenta ningún movimiento o hablar está permitido. Todos los presos/detenidos será en su litera asignada cuando se llama a la cuenta. Interrupción durante cuentas puede resultar en un bloqueo que se inició.

**HIGIENE PERSONAL**

Usted vivirá en un dormitorio con otras personas, así que higiene es esencial. Se espera que para bañar regularmente y mantener tu cabello limpio. Artículos de higiene personal para hombres y mujeres presos/detenidos como jabón, pasta dental, cepillo de dientes, peines y otros artículos se emitirá a usted sobre la admisión. Para los internos detenidos son indigentes se le enviará un paquete de higiene una vez semana. Para calificar para un paquete de indigente debe tener un saldo de $15.00 o menos durante un período de 30 días consecutivos.

Artículos de higiene personales se ofrecerá los martes y el jueves (días pueden variar debido a vacaciones). Si se necesitan artículos de higiene personal adicional en los días de entrega no serán de los oficiales de cubierta.

**ACTIVIDADES RECREATIVAS**

A. acceso a la recreación.

1. todos los presos/detenidos alojados en general población se proporcionará en un mínimo una hora de recreación fuera de sus células de siete 7 días a la semana.

B. en - vivienda instalaciones recreativas unidades.

Dayrooms ofrecen actividades secundarias (juegos de mesa, cartas, lectura y televisión). Dayrooms están disponibles
5:00 hasta las luces hacia fuera todos los días. Excepto en tiempos de la cuenta.

Las siguientes reglas para ver televisión:

1. televisor se apagará durante el conteo oficial, y cuando interfiera con otras operaciones de la instalación.
2. volumen de la televisión se mantendrá a un nivel razonable con el fin de no molestar otros presos/detenidos u otras operaciones de la planta.
3. salón social horario será de 6:00 a 23:00 del domingo al jueves y 6:00 a
1:00 el viernes y el sábado.

Como anteriormente indicado, el programa deberá seguir estrictamente y sin ninguna desviación se permite a menos que autorizado por el jefe de seguridad/administración. Las solicitudes para la programación especial se remitirá al jefe de seguridad (capitán) para su consideración. Se advierte no para empezar a ver un programa que va a terminar después de las visualización de horas, porque la televisión se apagará en el señalado tiempo. (23:00 domingo a jueves y 1:00a. m. viernes y el sábado).

Fuera de recreación horario se publicarán en las unidades de vivienda.

C. Presos/detenidos alojados en segregación administrativa puede recibir adicionales fuera del tiempo de la célula a determinarse sobre una base caso por caso para actividades como la socialización, viendo TV,

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

jugando juegos de mesa y pueden ser asignados para trabajar detalles. Esta será dependiente sobre compatibilidad y problemas de seguridad.


## SERVICIOS RELIGIOSOS

Todos los presos/detenidos tendrán acceso a los recursos religiosos, servicios, instrucción y orientación sobre una base voluntaria. Todos los presos/detenidos se extenderá a la mayor cantidad de libertad y oportunidades para perseguir cualquier legítima creencia religiosa o práctica dentro de las limitaciones de seguridad y consideraciones de seguridad. El horario del servicio religioso se encuentra en su unidad de vivienda.


## PROPIEDAD PERSONAL

**Todos los artículos disponibles para retención por preso/detenido en la institución pueden incluir cualquiera de lo siguiente:**

- Papeles y documentos legales
- Fotos de la familia (que no exceda de 10)
- Religiosos y seculares de lectura material (límite soft) y correspondencia
- Pequeños artículos religiosos si es aprobada por el director o su designado
- gafas graduadas
- prótesis dentales
- Libreta de direcciones o lista de direcciones de familiares, amigos y otros corresponsales de
- Propiedad no aprobadas debe desechar o por correo Inicio en el costo de los detenidos.
- Otros, como recomendado por el jefe de seguridad (capitán) y aprobado por el alcaide.

Un preso/detenido se limitará a la cantidad de bienes que se pueden almacenar en una bolsa de almacenaje estándar proporcionada por la

institución. El preso/detenido no está permitido dar o recibir bienes a o de otros presos/detenidos. Propiedad a la izquierda en la institución se llevará a cabo durante un período de 30 días antes de la eliminación.

## BIENES PERSONALES – INFORMACIÓN ADICIONAL

- El detenido manual especifica los elementos y las cantidades de cada uno, que los detenidos podrán mantener en su posesión. Los detenidos no podrán mantener en efectivo, pero todos los fondos se manejará y colocados en la cuenta de los detenidos para que esté disponible para su uso.
- Un detenido puede obtener copias permitidas de elementos contenidos en su archivo a través de una solicitud por escrito proporcionada a su agente de deportación.
- Propiedad exceso y/o no le permitidas permanecer en posesión del detenido a ser inventariados por el oficial de la propiedad, recibo proporcionado con el detenido y dicha propiedad colocado en la habitación de I.C.E. propiedad asegurada. Los detenidos que deseen al correo exceso de propiedad a miembros de la familia u otros deben solicitar proporcionar la forma adecuada a ellos. Dicho formulario debe proporcionar la dirección a que la propiedad debe ser enviado por correo y autorizar los fondos necesarios de la cuenta de los detenidos.
- Propiedad colocado en la sala de I.C.E. propiedad asegurada se devolverán a la detenida en el momento de la transferencia, liberación o eliminación.

Sureste de correciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

- Los detenidos que deseen reportar propiedad perdida o dañada pueden hacerlo solicitando que el personal les proporcione una "perdida o dañada propiedad forma". La solicitud se tramitará a través de los canales apropiados y una respuesta oportuna a los detenidos.
- Los detenidos podrán acceder a sus fondos personales para pagar por servicios legales solicitando que el personal les ofrecen la forma apropiada.

**Programa de intervención y prevención del abuso/asalto sexual**

**1. definiciones**

**El preso/detenido Abuso/Agresión Sexual de preso/detenido es:** uno o más presos/detenidos participar o intentar participar en un acto sexual con otro preso/detenido o el uso de amenazas, intimidación (bullying), contacto inadecuado, u otras acciones y/o comunicaciones por uno o más presos/detenidos destinadas a coaccionar o presionar a otro preso/detenido para participar en un acto sexual.

**Personal en preso/detenido abuso/Asalto Sexual:** participar en, o intentar participar en un acto sexual con cualquier preso/detenido o tocar intencionalmente de un recluso / genitales de detenido, brazos, ingle, pecho, muslos o nalgas con intento de abusar, humillan, acosaron, degradarán, despiertan, o satisfacer los deseos sexuales de cualquier persona.

**Es mala conducta Sexual personal:** conducta sexual entre un miembro del personal y un preso/detenido que pueden incluir, pero no se limita al lenguaje indecente, profano o abusivo o gestos y vigilancia visual inadecuada de presos/detenidos.

**2. prevención / auto protección:**
Evitar la agresión Sexual:
- Llevar a ti mismo de un modo seguro en todo momento. No permitir que sus emociones (miedo/ansiedad) sean obvias a otros.
- No acepte regalos o favores de otros. Más regalos o favores vienen con ataduras a ellos.
- No acepte una oferta de otro preso/detenido para ser su protector.
- Encontrar a un miembro del personal con quien se sienta cómodo discutiendo sus temores o inquietudes.
- Ser directo y firme si otros le pide que haga algo que no desea hacer. No dan mensajes mixtos a otros presos/detenidos en relación con sus deseos de actividad sexual.
- Escoge sabiamente tus asociados. Busque personas que participan en actividades positivas como programas educativos y grupos religiosos.

Confía en tu instinto. Si usted detecta que una situación puede ser peligrosa, está probablemente. **Recuerde: Abuso Sexual es un delito y serán investigado por las autoridades policiales.**

**3. informes de Agresión Sexual, abuso**
Si se convierte en una víctima de agresión sexual, abuso, debe reportarlo inmediatamente al personal. Personal le ofrecerán protección inmediata del atacante y lo referirán para un examen médico y evaluación clínica. No tienes que nombrar a otros presos/detenidos o el miembro del personal para recibir asistencia. Pero información específica puede hacer más fácil para el personal para ayudarle.

**4. intervención:**

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Es importante ver el personal médico **antes** que ducha, lava, bebe, come, cambia la ropa o usa el baño, el personal médico lo examinará para las lesiones que pueden o no ser evidentes para usted. También pueden chequearlo para enfermedades de transmisión sexual y recoger cualquier evidencia física del asalto. **Los individuos que los abusos sexuales o agresiones presos/detenidos sólo pueden ser disciplinados y/o enjuiciados si el abuso o agresión es reportado**.

**5. tratamiento y consejería:**
Si tu ha sido víctima de un asalto o presos/detenidos, usted puede buscar asesoría y/o Consejo de las instalaciones personal médico o trabajador de salud mental calificado o capacitado. Mayoría de las personas necesita ayuda para recuperarse de los efectos emocionales de la agresión sexual. **No permita que la vergüenza que impide buscar apoyo y asesoramiento.**

## SICK CALL

Llamadas de enfermos en esta instalación se proporcionan a todos los presos/detenidos desde el momento del ingreso en el momento de la liberación con el fin de brindar atención médica continua. Presos/detenidos que necesitan ser vistos por el personal médico debe presentar un lugar y solicitud de llamada de enfermos que en el cuadro marcado "Sick Call" ubicado en su vivienda. Resbalones de sick call pueden obtenerse de un oficial de la unidad de vivienda. Sick call se celebra del lunes al viernes. Si es una emergencia comuníquese con el funcionario de vivienda. Enfermedad llamada resbalones son recogidos diariamente por el departamento médico. Sick call procedimiento es el mismo para la segregación y la población en general. Colocación en enfermos llamada está dentro de las 24-28 horas.

## ÁREA PARA DORMIR Y EL SANEAMIENTO AMBIENTAL

Se requiere mantener que su cama y la zona limpian y aseada. También están obligados a hacer la cama todos los días antes de informar para su asignación de trabajo en su caso, o cuando comienzas tu día rutina. Cuando la cama no está en uso se tiene que hacerse! El ahorcamiento de sábanas, toallas, mantas o no se permite ropa de de las barras de la hoja, lámparas de techo en camas. Puede colgar ropa o toallas mojadas sobre el extremo de la cama solamente entre las horas de 22:00 hasta 6:00

Efectos personales, que incluyen artículos de higiene deben almacenarse cuidadosamente. No coloque objetos en ventanas, ventanas, literas, debajo de un colchón, etcetera. Estos artículos serán confiscados y retirarse de la zona cuando fue en zonas no autorizadas. Será su responsabilidad identificar y recuperar los elementos a través del supervisor de turno correspondiente.

## POLÍTICA PARA FUMADORES

Está prohibido fumar en todas las áreas de esta institución.

## PERSONAL – EL PRESO / DETENIDO COMUNICACIÓN

El sureste de correcciones de LaSalle permitirá contacto formal e informal entre instalación clave hielo y personal presos/detenidos y para permitir que los presos/detenidos para hacer peticiones por escrito a personal y recibir una respuesta en un tiempo aceptable . Todos los detenidos de ICE tendrá la oportunidad de presentar preguntas por escrito, peticiones, o
se refiere al personal de hielo usando un formulario de solicitud del detenido, o una hoja de papel. HIELO los detenidos tienen el derecho a corresponder con el personal de hielo sobre su caso o condiciones de reclusión. El alcaide se asegurará de que adecuados suministros de hielo detenido peticiones y escritura instrumentos están disponibles.

En vigor: 26 de febrero de 2020

El sureste de correcciones de LaSalle ha escrito procedimientos para enrutar solicitudes de preso/detenido a las autoridades correspondientes, ya sea administración de instalaciones, los E.E.U.U. Mariscal o personal de hielo. El formulario de solicitud de preso/detenido debe ser

entrega al personal designado por el personal autorizado (no internos /detenidos) sin lectura, alteración o retraso. El preso/detenido puede, si él o ella elige, sellar la solicitud en Ensobrado y marcar claramente los sobres con el nombre, título u oficina la solicitud debe enviarse a. HIELO los detenidos la correspondencia personal de hielo se considerarán como correspondencia especial. Los detenidos de ICE que deseen al correo correspondencia directamente a la oficina de campo de Atlanta o el Tribunal de inmigración puede hacerlo en las siguientes direcciones: inmigración y aduana aplicación Atlanta campo oficina 180 Ted Turner Dr. SW Atlanta, GA 30303, Oficina Ejecutiva de Inmigración Informe Lobby nivel 180 Ted Turner Dr. SW Atlanta, GA 30303.

Un preso/detenido puede obtener ayuda de otro preso/detenido, vivienda oficial, o en otra institución personal en la preparación de un formulario de solicitud. El alcaide asegurar el estándar de funcionamiento procedimientos cubierta presos/detenidos con requisitos especiales, incluyendo aquellos que son discapacitados, iletrados, o sabe poco o nada de inglés. La instalación tendrá en cuenta las necesidades de asistencia especial de tales presos/detenidos en haciendo una consulta.

Este procedimiento no debe ser utilizado para la presentación de quejas formales. Quejas formales se presentarán según los procedimientos especificados. No obstante, podrán utilizarse los procedimientos descritos aquí para resolver quejas informales.

Un detenido de hielo, o su representante legal, podrá presentar la solicitud de permiso para casarse que el Director de la oficina de campo en la escritura. La solicitud debe abordar específicamente las siguientes: 1. que el detenido es legalmente elegible para casarse en el estado donde se encuentra recluido el detenido, 2 la solicitud deberá acompañarse por el cónyuge previsto escrito afirmación de intención de casarse con el detenido. Las solicitudes de matrimonio se consideran sobre una base caso por caso. Si se aprueba, se notificará al detenido por el administrador de planta o personal de la oficina de campo en tiempo y forma.

## PROPIEDAD NO AUTORIZADO

No es inherentemente ilegales, los artículos que se consideran contrabando cuando, poseído por un preso/detenido o visitante dentro de la instalación, incluyendo pero no limitado a; cualquier artículo aprobado que, aunque aprobado, en exceso de la cantidad permitida.

**Información de Telmate (tableta):**

**Colocación de dinero en las tabletas:**

**Telmate (tabletas)**
**866-516-0115**
**www.gettingout.com**
**Nota: Telmate de contacto del agente sobre cuotas de manejo que pueden ser aplicadas.**

**Instrucciones Tablet**

Horas tableta ●: el sol - jueves 7:15 a 22:30 el viernes-sábado 7:15 a 12:30 AM
● Dejar en el cargador cuando no esté en uso
● Utilice la parte superior izquierda botón en el lado de la caja para encender el tablet
● Seleccionar inglés, español o francés desde el menú desplegable en la parte superior derecha de la pantalla

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **39** of **43**

● Utilice su PIN de 6 dígitos y poner su cara en el cuadro en la pantalla para iniciar sesión en
● The Tablet registrará le hacia fuera después de 5 minutos de inactividad. Usted continuará cargándose mientras está conectado a la tableta.
● Tabletas se desactivará durante la cuenta.

**3 opciones – perfiles libres, Standard y promocionales**
● Contenido de perfil gratis
     Videos de ayuda ○ – inglés y español
     Números de Pro Bono ○ ○ prepago saldo y la actividad
     ○ Solicitud y formularios de queja
     ○ Contactos
Sitios religiosos ○, sitio de investigación jurídica
● Estándar: 5 céntimos / minuto
     ○ Juegos, música, libros
     ○ Noticias, deportes, sitios religiosos
     ○ Fotos-usted puede recibir fotos, puede enviarlas
     ○ Contactos
          ■ Usted debe enviar una invitación de correo electrónico a través del botón de 'Contactos' antes de enviar mensajes o recibir fotos
          ■ Su amigo o familiar debe estar de acuerdo y configurar una cuenta
          ■ puede enviar un correo electrónico y una cuenta configurar desde cualquier parte del mundo
          ■ Su amigo o familiar paga 25 centavos por cada foto o mensaje enviado a usted
● Promoción - 3 céntimos por minuto
     ○ Películas (inglés y español)
     ○ Mensajería - puede recibir y enviar mensajes
**Cualquier duda utilice el formulario de comentarios Tablet situado en el perfil de libre bajo el botón de las solicitudes. Usted recibirá una respuesta en 24 a 48 horas.**
**Las tabletas son un privilegio no un derecho. Puede y será restringidas si mal o roto.**

**Todos los cargos de su PIN son su responsabilidad. MANTENGA A SU PIN PRIVADO. Centro de detención de Condado de Irwin, correcciones de LaSalle y Telmate no son responsables por robo pernos o pasadores que permiten a alguien para compartir.**


Re: **Video visitas**

Las siguientes acciones resultará en la visitación video ser suspendida indefinidamente:

-Los presos/detenidos que no son vestidos durante la visita de vídeo.

-Uso no autorizado de un pin de tableta que no sea el pin asignado al producto.

-Los visitantes programados que operan cualquier tipo de equipo o automóvil durante el video visitan sesión.

Sureste de correciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

-Los visitantes programados que mostrar cualquier documentación o chats de video de teléfonos adicionales u otros dispositivos.

**\*\* Debe usar la tableta para la comunicación del abogado, ten en cuenta que no existe ninguna barrera de confidencialidad del abogado – comunicaciones todos son sujetos a visual o revisaran.**

## MÁQUINAS EXPENDEDORAS O COMISARIO

Presos/detenidos tienen la oportunidad de comprar artículos de las instalaciones de Comisario. Los artículos que no están aprobados para que en el fondo pero no se venden a través de la Comisaria tendrá que tener permiso del director o aprobación previa. Artículos pueden enviarse hacia el preso / de detenido costo.

Las máquinas expendedoras no son accesibles a presos/detenidos en este centro. Es política de instalaciones que los detenidos no poseen moneda de cualquier forma mientras que detenidos en este centro, se considera contrabando.

## VISITAS

Presos/detenidos se permite 1 una visita por semana, durante una 1 hora, dos 2 adultos y 3 tres niños por visitan. Conducta disruptiva por cualquiera de las partes resultará en la terminación de la visita y puede tener un efecto adverso en futuras visitas. Si tu visitante (s) trae a niños (15 años de edad o más jóvenes) que deben permanecer bajo la supervisión directa de los adultos Visitor (s) para que no moleste a otros que tienen Visitor (s). Visitor (s) debe ser en traje apropiado y socialmente aceptada. Si hay más visitantes que pueden ser acomodados en la sala de visita, puede necesario límite visitas a menor

períodos de tiempo. No se permite aceptar cualquier elemento de un visitante (s) si no fue aprobado previamente por personal supervisor apropiado.

Debe desalentar su Visitor (s) de traer grandes cantidades de mano llevado a parcelas u otros elementos, a incluyen paquetes. El visitante (s) se requiera dejar tales elementos en un armario o en su vehículo. Todos los visitantes y cualquier mano celebraron artículo (s) está sujetos a una búsqueda. Los visitantes se deja teléfonos celulares en su vehículo o seguro en uno de los casilleros en el mostrador de registro.

### Horas de visita

| | |
|---|---|
| Jueves 8:00 – | 12:00 – Condado y los E.E.U.U. Mariscal (reclusos masculinos) |
| | 13:00 – 17:00-hielo (detenidos masculinos) |
| Viernes - | 8:00 – 12:00 – hielo (mujer detenidos) Condado de |
| | 13:00 – 17:00 y los E.E.U.U. Mariscal (femenino internos) |
| Sábado - | 8:00 – 12:00 – Condado y los E.E.U.U. Mariscal (reclusos masculinos) |
| | 13:00 – 17:00 – hielo (detenidos masculinos) |
| Domingo - | 8:00 – 12:00 – Condado y los E.E.U.U. Mariscal (femenino internos) |
| | 13:00 – 17:00 – hielo (mujer detenidos) |

## VISITAS REGLAS-LOS VISITANTES

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **41** of **43**

Todos los visitantes y los detenidos deben adherirse a normas, reglamentos y directrices de visitación. Cualquier persona entrar en la instalación está sujeto a la búsqueda de personal o vehicular a discreción del Supervisor de turno. Es responsabilidad del preso/detenido para notificar a los visitantes de estas reglas antes de cualquier visita.

1. adultos visitantes (16 años de edad o más) deben tener un gobierno válido identificación con foto.

2. sólo dos 2 adultos y 3 tres niños por visita. El visitante adulto será responsable de la supervisión y control de todos los niños menores de 15 años.

3. visitante posesiones son limitadas a una ID de imagen válido, efectivo $10,00 y llaves para su vehículo. Los visitantes con los infantes son autorizado 1 botella, 1 pañal y 1 manta pequeña.

4. el sureste de correcciones de LaSalle no proporciona transporte para los visitantes del preso/detenido.

5. ex detainee(s) o extranjeros en procedimiento y solicitando visitar a un detenido se referirán al director o Oficina de campo de hielo.

Los siguientes artículos de la ropa no son aceptables mientras que en el área de visitación: pantalones cortos, independientemente de la longitud, blusas, tops sin mangas y tops del tubo. El alcaide o su designado tendrán la decisión final en el vestuario visitante cuestionable. Debe asesorar a sus visitantes los requisitos del vestido que les impiden ser negado privilegios de visitación.

Visitas pueden ser negada o terminada en las siguientes circunstancias:

1. El visitante (s) parece estar bajo la influencia de drogas o alcohol.
2. El visitante no produce suficiente identificación o falsea la información de identificación.
3. Exista sospecha razonable de que el visitante puede poner en peligro la seguridad y el orden de la instalación.
4. El visitante se niega a someterse a una exploración o pat búsqueda.
5. El visitante está en violación de las normas de instalación o regulaciones.
6. No hay suficiente espacio.
7. Emergencias imprevistas en la instalación.
8. El visitante intenta aportar cualquier elemento que se considera una amenaza para la seguridad en los terrenos de la planta.
9. Contacto inapropiado o conducta por parte de un preso/detenido o visitante está prohibido y puede ser causa para la terminación de la visita.

**Visita inmediata los familiares detenidos en el centro:**

Familia inmediata detenido en el centro de detención de Condado de Irwin se permitirá tener una visita sin contacto entre sí. Horas de visita va ser el lunes a 17:00-18:00 excepto festivos. Si el lunes es feriado, entonces será el día siguiente (martes).
Familia inmediata puede incluir: fomentan de las madres, padres, padrastros, padres, hermanos, hermanas, hermanos de paso, hermanas de paso, hijos biológicos y adoptados, hijastros, hijos adoptivos y cónyuges, incluyendo concubinos.
El detenido debe solicitar por escrito una cita visitar con su miembro de familia inmediata antes del cierre de día laborable el jueves de la semana antes de la visita con el fin de autenticar la relación entre los dos. Si la relación se confirma por hielo/ERO, se establecerá la designación de visitación.
Cada detenido se permite una sola visita de una hora por semana. Visita con un familiar detenido contará como una visita para la semana. Ningún otro momento de la visita se programará.

Sureste de correcciones de LaSalle
Manual de orientación del preso/detenido
En vigor: 26 de febrero de 2020

Page **42** of **43**

**Video visitas** también está disponible. Para más información buscar en las páginas 35 – 36 en tabletas o vídeo visita.

## PROGRAMA DE VOLUNTARIADO

Se hará todo lo posible para proporcionarle la oportunidad de participar en el programa de trabajo voluntario. Usted será requerido a firmar una declaración de programa de trabajo voluntario y recibir la formación necesaria. **Los programas de trabajo son estrictamente voluntarios.** Presos/detenidos deben tener autorización médica y la clasificación para participar en el programa de trabajo. Presos/detenidos que participan en el programa de trabajo voluntario se necesitan para trabajar según un horario de trabajo asignado y ausencias del trabajo o desempeño laboral insatisfactorio podrían resultar en la eliminación del programa de voluntariado. Presos/detenidos serán asignados a puestos de trabajo y puede tener su trabajo cambió o tomado en cualquier momento como resultado de la acción disciplinaria. Ningún preso/detenido puede tener más de una posición de tiempo completo. Sureste de correcciones de LaSalle no discriminará sobre la base de discapacidad, raza, edad o género.

## HORARIO DE SERVICIO DE LAVANDERÍA

### DETENIDOS DE ICE
**Lunes:**
Boxeadores de uniformes naranja/azul/marrón/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas
**Martes:**
Blancos, ropa interior y calcetines
**Miércoles:**
Boxeadores de uniformes naranja/azul/marrón/bragas

**Jueves:**
Blancos, ropa interior y calcetines
**Viernes:**
Boxeadores de uniformes naranja/azul/marrón/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas
**Sábado:**
Boxeadores de uniformes naranja/azul/marrón/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas

*Lavaron con mantas en la 1ª y 3ª el martes de cada mes \*\*\**
*Las cortinas de bano se lavaran el primer domingo de cada mes \*\*\**

### Mariscales federales y los reclusos del Condado
**Lunes:**
Uniformes/marrón boxeadores/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas
**Martes:**
Sólo los blancos
**Miércoles:**
Uniformes/marrón boxeadores/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas
**Jueves:**
Sólo los blancos
**Viernes:**
Uniformes/marrón boxeadores/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas
**Sábado:**

Sureste de correcciones de LaSalle

Manual de orientación del preso/detenido

En vigor: 26 de febrero de 2020

Uniformes/marrón boxeadores/bragas
Marrón / naranjas calcetines, toallas marrones, marrón hojas

***Lavaron con mantas en la 1ª y 3ª el martes de cada mes \*\*\****
***Cortinas de baño en el 4º el sábado de cada mes \*\*\****

_____        **Fecha: _____**

**Revisado y aprobado**
**Cárcel de administrador o su designado.**