# DETAINEE GRIEVANCE FORM

(una queja debe presentarse dentro de los 5 días posteriores al incidente o problema original)

Queja # _____

Nombre de Detenido: _____ A# _____ Numbero de vivenda: _____

[ ] Queja / Comentarios  [ ] Apelacion: _____
_____
_____
_____

Accion solicitarda por los detenidos: _____
_____
_____

Firma del Detenido: _____   Fecha /Hora: _____

Housing Unit Officer: _____   Fetcha /Hora: _____

**APELACION** [ ] Sanciones   [ ] Clasificacion

Resultados de Guardian/ Wardens findings – Accions tomadas/Actions taken:
_____
_____
_____

Guardian/Warden Signature:_____   Date Returned to Inmate/Detainee: _____

**INFORMAL** [ ] Detenidos aceptan las resoluciones: (se completarán dentro de las 24 horas y solo si se resuelven antes de la audiencia)

Esta queja se ha resuelto informalmente de la siguiente manera:
_____
_____
_____

Firma de Detenidos: _____   Fecha/Hora: _____
Staff Signature: _____   Date / time: _____
Supervisory Review: _____   Date / time: _____

**FORMAL** [ ] El detenido no acepta la resolución informal y la queja se ha asignado al siguiente Departamento para su resolución formal: esta queja se ha resuelto de manera informal de la siguiente manera:
[ ] Deportation  [ ] Detention  [ ] Administration(Se requiere respuesta al detenido dentro de los cinco (5) días hábiles)

Department Findings / Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____   Dep. Staff: _____

Date of Findings: _____   Date Returned to Inmate/Detainee: _____

**EXHIBIT C**

(El detenido regresa dentro de los cinco días siguientes a la recepción y marque la casilla correspondiente)

Me gustaria este asunto:
[ ] Referred to the Grievance Committee (GC)
[ ] I agree with the resolution.

Firma de detenido: _____   Fecha / Hora: _____
Housing Unit Officer: _____   Date / time: _____

## INMATE/DETAINEE GRIEVANCE FORM

GC Members: _____
                   Assistant Officer-in-Charge. Or Designee

Dep. Head: _____   Dep. Head: _____

Other: _____   Other: _____
              (name, title)                                           (name, title)

Response: _____

Date Returned to Inmate/Detainee: _____

Detenido: devuélvalo dentro de los (5) días siguientes a la recepción y marque la casilla correspondiente:

[ ] Estoy de acuerdo con la respuesta del GC.
[ ] No estoy de acuerdo con la respuesta del GC y deseo apelar al Guardian.

Firma de Detenido: _____   Fecha: _____

Housing Unit Officer: _____   Date: _____

*(To be completed by Detention Operations Supervisor or equivalent)*

Grievance appealed to the Officer-in-Charge: _____
                                                                               (Date)
Grievance forwarded to the Warden for action: _____
                                                                                (Date)

Wardens Findings / Actions Taken: _____
_____
_____
_____

Date Returned to Detainee: _____