A#213017169

# IRWIN COUNTY DETENTION CENTER
## INMATE/DETAINEE ACKNOWLEDGEMENT FORM

I, MANRIQUE-YARUMO, Andres, acknowledge that I have received the Irwin County Detention Center Inmate/Detainee Handbook, and it has been explained to me that if I need assistance in reading or understanding the contents, that such assistance will be provided to me.

Yo, _____, estoy consiente que resibi una copia del manual de Irwin County Detention Center para los Dentenidos. Tanbien fui infomado que si nesecito asistencia en leer o entender el contenido. Puedo obtener asistencia.

(X) _____   64401        04/12/2019
**Inmate/Detainee Signature**     **Number**     **Date**
**Preso/Detenido Firma**          **Numero**     **Fecha**

I, _____, acknowledge that I have been informed how to access health services and how utilize the inmate/detainee request form.
Yo, _____, estoy consiete y fui informado de como obtener asistencia medica y como yenar las formas de presos/detenidos.

(X) _____   64401        04/12/2019
**Inmate/Detainee Signature**     **Number**     **Date**
**Preso/Detenido Firma**          **Numbero**    **Fecha**

My signature below indicates that I have been advised, and I have understood, my options in reporting sexual abuse and assault. To receive immediate assistance I understand that I may report to any staff member.

My firma abajo indica que yo fui informado y comprendo que puedo reporter cualquier tipo de abuso sexual. Para recivir asistencia inmediata debo de reportalo a cuaquier uniformado.

(X) _____   64401        04/12/2019
**Inmate/ Detainee Signature**    **Number**     **Date**
**Preso/Detenido Firma**          **Numero**     **Fecha**

ICDC Inmate/detainee Handbook Acknowledgement      Page 1 of 1      September 2011

**EXHIBIT D**