Name _Leward R_
AUG 19 2020
RECEIVED

## LaSalle Corrections Southeast

### MEDICAL REQUEST & CONSENT FOR TREATMENT FORM

Date: 08-16-20

Inmate/Detainee Name: Andrea Manrique J.   ID Number: 64401

Unit: C1   Date of Birth: [REDACTED]

**MEDICAL REQUEST**

Any Allergies to Medication: N/A

Nature of Medical Complaint: I need my Medical Record please. Thank you!

**CONSENT TO TREATMENT:**
By signing below, I hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications and diagnostic procedures which may be necessary to address my above medical complaint by physicians, dentists, registered nurses or psychiatrists serving as contract providers or referral. This consent also releases my medical/dental record in whole or part to any outside consultants providing treatment or other services on a referral basis. I also understand that I may be charged a co-pay for medical treatment, which will be withdrawn from my account. I reserve the right to refuse treatment at any time.

Inmate/Detainee Signature _____  Date _____

**To Be Completed By Medical Staff Only (Where Applicable)**

Staff Response: _____

Subjective: _____

Objective: _____

Assessment: _____

Plan: Take request for records to D/T

Medical Staff Signature: T Hughes, LPN   Date: 8-19-20

**EXHIBIT E**

Name: [signature]

JUL 30 2020
RECEIVED

SOLICITUD MÉDICA Y CONSENTIMIENTO PARA EL FORMULARIO DE TRATAMIENTO

Fecha 07/30/2020

Nombre del recluso / detenido Manrique-Yaruro, Andrea Número de identificación 64401

Unidad G4   Fecha de nacimiento ████

SOLICITUD MÉDICA

Cualquier alergia a la medicación: _____

Naturaleza de la Queja Médica: I have received therpy for my back/spine pain. Its been a long time, I can't stand the pain Its extreme. Please help. I need to see a specalist.

CONSENTIMIENTO PARA EL TRATAMIENTO:
Al firmar a continuación, otorgo autoridad para administrar y realizar exámenes de rutina, tratamientos de enfermedades y lesiones menores, medicamentos y procedimientos diagnósticos que pueden ser necesarios para tratar mi queja médica anterior por médicos, dentistas, enfermeras registradas o psiquiatras que actúan como proveedores contractuales o remisión. Este consentimiento también libera mi expediente médico / dental en totalidad o en parte a cualquier consultor externo que proporcione tratamiento u otros servicios sobre una base de referencia. También entiendo que se me puede cobrar un copago por tratamiento médico, el cual será retirado de mi cuenta. Me reservo el derecho de rechazar el tratamiento en cualquier momento.

Firma del recluso / detenido _____

To Be Completed By Medical Staff Only (Where Applicable)
Staff Response: _____

Subjective: _____

Objective: _____

Assessment: _____

Plan: _____

Medical Staff Signature: _____  Date: _____

Name: [signature]

## LaSalle Corrections Southeast

JUL 0 1 2020
RECEIVED

### MEDICAL REQUEST & CONSENT FOR TREATMENT FORM

Date: 6/29/20

Inmate/Detainee Name: Andrea Manrique   ID Number: 64401

Unit: 64401   Date of Birth: [redacted]

**MEDICAL REQUEST**

Any Allergies to Medication: NO

Nature of Medical Complaint: Feel depressed, already made a schedule with the mental Health Need to see mental Health

**CONSENT TO TREATMENT:**
By signing below, I hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications and diagnostic procedures which may be necessary to address my above medical complaint by physicians, dentists, registered nurses or psychiatrists serving as contract providers or referral. This consent also releases my medical/dental record in whole or part to any outside consultants providing treatment or other services on a referral basis. I also understand that I may be charged a co-pay for medical treatment, which will be withdrawn from my account. I reserve the right to refuse treatment at any time.

Inmate/Detainee Signature: _____   Date: _____

**To Be Completed By Medical Staff Only (Where Applicable)**

Staff Response: _____

Subjective: _____

Objective: _____

Assessment: _____

Plan: spoke c̄ MH 6-22-20, awaiting appt c̄ Psychiatrist

Medical Staff Signature: T Hughes, LPN   Date: 7-1-20

## LaSalle Corrections Southeast

### MEDICAL REQUEST & CONSENT FOR TREATMENT FORM

Name: [initials]

RECEIVED MAY 12 2020

Date 05-10-20

Inmate/Detainee Name Andrea Manrique J.   ID Number 64401

Unit G1   Date of Birth _____

**MEDICAL REQUEST**

Any Allergies to Medication: N/A

Nature of Medical Complaint: I need my medical Record, is important for me and my lawyer. Thank you so much for help me!

**CONSENT TO TREATMENT:**
By signing below, I hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications and diagnostic procedures which may be necessary to address my above medical complaint by physicians, dentists, registered nurses or psychiatrists serving as contract providers or referral. This consent also releases my medical/dental record in whole or part to any outside consultants providing treatment or other services on a referral basis. I also understand that I may be charged a co-pay for medical treatment, which will be withdrawn from my account. I reserve the right to refuse treatment at any time.

Inmate/Detainee Signature _____   Date _____

### To Be Completed By Medical Staff Only (Where Applicable)

Staff Response: _____

Subjective: _____

Objective: _____

Assessment: _____

Plan: Take request for records to D/T

Medical Staff Signature: T Hughes, LPN   Date: 5-12-20

Name: Wilcox (?)

## LaSalle Corrections Southeast

MAY 05 2020 RECEIVED

### MEDICAL REQUEST & CONSENT FOR TREATMENT FORM

Date 05-04-20

Inmate/Detainee Name Andrea Manrique J.   ID Number 64401

Unit CL   Date of Birth ███

**MEDICAL REQUEST**

Any Allergies to Medication: No

Nature of Medical Complaint: I have a heavy pain in my body, in my legs, in my back is so heavy. In my head too.

**CONSENT TO TREATMENT:**
By signing below, I hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications and diagnostic procedures which may be necessary to address my above medical complaint by physicians, dentists, registered nurses or psychiatrists serving as contract providers or referral. This consent also releases my medical/dental record in whole or part to any outside consultants providing treatment or other services on a referral basis. I also understand that I may be charged a co-pay for medical treatment, which will be withdrawn from my account. I reserve the right to refuse treatment at any time.

Inmate/Detainee Signature: [signature]   Date 05-04-20

**To Be Completed By Medical Staff Only (Where Applicable)**

Staff Response: _____

Subjective: _____

Objective: _____

Assessment: _____

Plan: Has order for tylenol for this

Medical Staff Signature: T Hughes, LPN   Date: 5-5-20

Name [signature]

## LaSalle Corrections Southeast

OCT 18 2020 RECEIVED

MEDICAL REQUEST & CONSENT FOR TREATMENT FORM

Date 10-16-20

Inmate/Detainee Name Andrea Manique J.    ID Number 64401

Unit C.1                                                                 Date of Birth _____

**MEDICAL REQUEST**

Any Allergies to Medication: _____

Nature of Medical Complaint: I need my medical Record mental health, please all the note with Dr. Faulk, please its urgent. Thank you!

**CONSENT TO TREATMENT:**
By signing below, I hereby grant authority to administer and perform routine examinations, treatments of minor illnesses and injuries, medications and diagnostic procedures which may be necessary to address my above medical complaint by physicians, dentists, registered nurses or psychiatrists serving as contract providers or referral. This consent also releases my medical/dental record in whole or part to any outside consultants providing treatment or other services on a referral basis. I also understand that I may be charged a co-pay for medical treatment, which will be withdrawn from my account. I reserve the right to refuse treatment at any time.

Inmate/Detainee Signature _____    Date _____

### To Be Completed By Medical Staff Only (Where Applicable)

Staff Response: _____

Subjective: _____

Objective: _____

Assessment: _____

Plan: see previous

Medical Staff Signature: _____    Date: _____