

**U.S. Department of Justice**
United States Attorney
Middle District of Georgia

*Civil Division*  Telephone: 478-752-3511
*Post Office Box 1702*  Fax: 478-621-2737
*Macon, Georgia 31202*

August 12, 2022

Mr. David W. Bunt, Clerk of Court
United States District Court
Middle District of Georgia
475 Mulberry Street
Macon, GA 31201

    RE:    <u>Andrea Manrique Yaruro v. USA</u>, 7:22-cv-39-WLS

Dear Mr. Bunt:

    Pursuant to Local Rule 6.2, I am writing to request a fourteen-day extension of time for the United States to file its Reply in support of Defendant's Motion to Dismiss (ECF No. 19). This extension would extend the time to file the reply up to and including Friday, September 2, 2022.

    If you have questions or would like to discuss, I am available by phone (478-621-2630) or email (Bowen.Shoemaker@usdoj.gov).

                                      PETER D. LEARY
                                      UNITED STATES ATTORNEY

                      By:    E. Bowen Reichert Shoemaker
                            Assistant United States Attorney

cc:    Jeremy Jong (via CM/ECF)
       Shirley Zambrano (via CM/ECF)