## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| ANDREA MANRIQUE YARURO, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:22-cv-39 (WLS) |
| UNITED STATE OF AMERICA, *et al.*, | : |
| Defendants. | : |

## ORDER

On March 23, 2023, this Court Ordered Plaintiff to perfect service of process on Officer William White within thirty (30) days of the entry of that Order, pursuant to Federal Rule of Civil Procedure 4m. (Doc. 59.) In that Order, the Court advised Plaintiff that failure to perfect service of process would subject her Complaint (Doc. 1) to dismissal without prejudice and without further notice. (Doc. 59.)

To date, Plaintiff has not perfected service on Officer William White. (See Docket.) Accordingly, it is hereby **ORDERED** that Count Seven of Plaintiff's Complaint, which alleged a First Amendment claim against Officer White (Doc. 1), is **DISMISSED without prejudice**. As all other Defendants and claims have already been dismissed, the case is **CLOSED**.

**SO ORDERED**, this 27th day of April 2023.

                                          */s/ W. Louis Sands*
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**