IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANDREA MANRIQUE YARURO, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-39 (WLS) |
| | * |
| UNITED STATE OF AMERICA, et al , | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated April 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of April, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk